

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

# US District Court for the Northern District of Illinois

Kumar Tadi, family and (EPIC Health)
  (Plaintiffs)

Vs.

USA Health System,
ALLSTATE Insurance and others,
NATIONWIDE Insurance and others,
Units 3M & 6M (101 Bar Harbour) and others,
Village of Schaumburg Library and others,
  (Defendants)

Case No. 1:19-cv-01589 *SEALED*

**FILED**

MAY 03 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REQUESTING EMERGENCY DECLARATORY JUDGMENTS AND INJUNCTIVE RELIEFS FOR KUMAR TADI, HIS FAMILY AND OTHERS IN THEIR CUSTODY
## AMENDED COMPLAINT

### BACKGROUND

Please see 'Court Order – Introduction to Responses' (ATTACHMENT 0.2) for additional information.

The background of this case and this motion has very exceptional circumstances, unusual nature and very large specific harms that have occurred and some of the major harms are continuing without abatement that effect the Plaintiffs, others associated with Plaintiffs and the entire humanity. Hence we humbly and sincerely request the court to carefully read these facts, give us a very early opportunity to hear our case and we seek appropriate emergency reliefs, expeditious reliefs and other reliefs sought in this case.

Plaintiff 1 has been voluntarily working typically more than 80 – 100 hrs per week without any days off for more than TWO DECADES at great personal and family sacrifices to create health solutions that could be used by entire humanity in every health system across the world. Plaintiff 2 fully supported these efforts during this long period. Many distinguished professionals and others worked voluntarily without compensation and helped the Plaintiffs sustain the progress of the work till this stage. This comprehensive solution is called 'EPIC Health' (see **ATTACHMENT 1, Consumer Health Guide – Book Synopsis**). List of books that Plaintiff 1 and 2 would be in charge of publication in 3 – 4 years from end of 2018 are indicated here (see **ATTACHMENT 2, List of Books and Books Covers Designs and Banner**).

Kumar Tadi (Plaintiff 1) has been its initial principal Medical Reporter and Rapporteur. In his role he authors non-fiction, professional and other books, co-edits books, and is the principal of patents, copyrights, trademarks and service marks and creation of procedures to protect these and other

April 29, 2019

intellectual properties (IPs). He brings awareness and understanding to health, health system and other leadership to make the solutions truly EPIC for entire humanity. Vandana Jhingan (Plaintiff 2) in addition to her supportive and lead roles in the last two decades, she is also one of its authors.

The list of Intellectual Properties [in addition to the Copyrights of the books (see **ATTACHMENT 2**)] of Plaintiffs is quite large and involves many subject domains and hence Plaintiffs are ready to narrate them as appropriate and necessary in the honorable Court.

Most of these new books of Plaintiffs have in-built design patents, utility patents, trademarks and/or service marks in addition to Copyrights. These and many other uniquely extraordinary features and characteristics have had to be invented to solve, reduce and prevent some of the most health related harms (see **ATTACHMENT 3 - Plaintiffs Losses and Human Harms**) that people have been suffering in American and other health systems across the world for the past ½ century (see **ATTACHMENT 1**, Plaintiff 1's reasons for embarking on this epic odyssey are indicated in his book and also in **ATTACHMENT 0.3 – EPIC Biography Snippets**). Because of the peculiarities of these Intellectual Properties, books publication, copy editing, EPIC editing and EPIC design of print ready books (many of these are 1st of their kind in books creation), printing and other activities related to these books and solutions have very unique procedures to protect the Intellectual Properties and to bring them to the nation (within USA) and to the world so that they (books, IPs and other things) can benefit the entire USA and humanity at the most expeditious pace.

Plaintiffs were print ready with SIX of the books (see **ATTACHMENT 2** for names of those SIX books) by early 2018. Because of the highly invaluable nature of IPs (other than Copyrights) associated with these books, Plaintiffs were getting ready and preparing to file 'Master Provisional Core and Systemic Patents' PCT applications with WIPO and then USPTO by August 2018 (along with Trademark and Copyright applications) and immediately afterwards Plaintiffs would have printed SIX of these books and launched or released them in USA and also to global health leadership by September 2018. Many tragic incidents happened (RELIEF ITEMS 2 & 4 AND DAMAGES ARE STILL CONTINUING) that prevented the Plaintiffs from doing these things, filing of PCT Applications, releasing of books, submission of books to various top book awards and launching of health campaigns. Plaintiffs have relentlessly tried for more than FOUR months but failed to securely retrieve valuable Intellectual Properties from various storage devices because of procedural limitations of vendors around Chicagoland and USA. It also made living conditions wretched for the Plaintiffs because of unrepaired major damages (and not restored to the condition to prior to damages by Insurance Carriers because of procedural constraints imposed by them) to the Condominium and other personal properties including Computers, related equipment and most importantly to all the highly invaluable Intellectual Properties. We hope this court Case (and the requested RELIEFS ITEMS below) and secure mechanisms that we identified to safely recover the Intellectual Properties (from electronic devices) and to expeditiously restore and repair other damaged items in the Condominium (to make it livable again) will allow us to get to the state where we were before these incidents occurred.

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

## LIST OF APPLICATIONS & ATTACHMENTS

Plaintiffs request a Pre Case Review Conference where they can explain the relevancy of these ATTACHMENTS to various RELIEF ITEMS where Plaintiffs are seeking appropriate RELIEFS from the Court and the Hon. Judge.

IFP Application (with notes added and underlined)

IFP Application related explanations are in ATTACHMENT 0.1

2018 Tax Returns of Plaintiff 2 (supporter of Plaintiff 1 and the work)

**

| | |
|---|---|
| ATTACHMENT 0.1 | IFP Supplement |
| ATTACHMENT 0.2 | Court Order – Introduction to Responses |
| ATTACHMENT 0.3 | EPIC Biography Snippets |
| ATTACHMENT 0.4 | Emails with Village of Schaumburg Community Development and others |
| ATTACHMENT 0.5 | Letter to Village of Schaumburg Buildings Department |
| ATTACHMENT 0.6 | Official Record reg. protections of People and IPs |
| ATTACHMENT 0.7 | Information for Health Providers |
| ATTACHMENT 0.8 | ALLSTATE Claims related important Communication 1 |
| ATTACHMENT 0.9 | ALLSTATE Claims related important Communication 2 |
| ATTACHMENT 0.10 | NATIONWIDE Claims related important Communication 1 |
| ATTACHMENT 0.11 | NATIONWIDE Claims related important Communication 2 |
| ATTACHMENT 0.12 | Royal Society Communications 1 |
| ATTACHMENT 0.13 | Royal Society Communications 2 |
| ATTACHMENT 0.14 | Pulitzer Prizes Communication 1 |
| ATTACHMENT 0.15 | NIMS TS Pathology Report |
| ATTACHMENT 0.16 | AT Communication reg. TS |
| ATTACHMENT 0.17 | Mandatory Initial Discovery Pilot (MIDP) Project Information |
| ATTACHMENT 0.18 | Copyrights Information |
| ATTACHMENT 0.19 | Letter to HH Dalai Lama |

**

| | |
|---|---|
| ATTACHMENT 1 | Consumer Health Guide |
| ATTACHMENT 2 | List of Books and Books Covers Designs and Banner |
| ATTACHMENT 3 | Plaintiffs Losses and Human Harms |
| ATTACHMENT 4 | Retaliation by 'Village of Schaumburg Library Staff and its clique' |
| ATTACHMENT 5 | Improving a Nation's Health |
| ATTACHMENT 6 | EPIC HOPE |
| ATTACHMENT 7 | A Few Good Men |

We hope for and are seeking justice and more importantly it can bring hope to humanity (at least) in the realization of better health from the Plaintiffs and others works and this honorable Court's relief interventions.

Case #: 1:19:cf-01589 *SEALED* (Amended Complaint)

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

## PROCEDURAL CONSIDERATIONS

We are requesting the following "procedural considerations for this case".

1. **Emergency Hearing or Expedited Hearing** – In view of the extraordinary nature and extremely large amounts of (monetary and non-monetary) damages occurred and continue to suffer by Plaintiffs and many others as evidenced by these Case documents, we request a hearing on this Case for Emergency Declaratory Judgments and Injunctive Reliefs' at the earliest possible date by the honorable Court. If Court is unwilling or unable to consider even these great losses, damages and the harms to the nation and humanity from what happened to the Plaintiffs and their Intellectual Properties and Condo then we earnestly request an EXPEDITED HEARING on humanitarian grounds to the required DECLARATORY AND INJUNCTIVE RELIEFS.

Please read ATTACHMENT 3 which explains the losses. MIDP Project Information for all RELEIF ITEMS will be submitted as per ATTACHMENT 0.17 and that will contain considerably elucidating explanation to make the Court and Hon. Judge grasp the gravity of these and has suffered unequivocally irreparable and irrecoverable harms and losses. The intensity and extents of these harms is truly unbelievable and not just the value of property.

('It is implausible' – as indicated by Hon. Judge regarding the value of property being far less than the market values, in the response to our ill crafted original IFP Application, Complaint for RELIEFS and we apologize for its flaws and thank for letting us file an AMENDED COMPLAINT).

Plaintiffs' lives (where 'their lives represent the works and their works represent the lives') are by most measures having been outliers for decades than in the medians of any well known norms (of Bell Curves, etc.) whether in education, personal finance, work, and other facets. To show its glimpse Plaintiffs have included 'ATTACHMENT 0.3 – EPIC Biography Snippets'.

Plaintiffs will be submitting initial details of many individuals who lost their lives who could have been saved had these incidents did not happen, and this list will include several other individuals who are still waiting for Plaintiffs support to make their physiological functionality to have a modicum of physical livability as they have literally lost their limbs and living wages, got deficient medical care, etc. These are all AVOIDABLE harms that Plaintiffs and their dependants have suffered because of the egregious harms perpetrated by some of the defendants listed in this AMENDED COMPLAINT. These incidents usually are far above the yardstick and the threshold typically used by the Courts for Emergency Reliefs.

IMPORTANT: Plaintiffs have classified the RELIEF ITEMS 1 to 7 based on 'time criticality, interdependencies (e.g. the sequence of - Intellectual Properties, when to print books , when to submit what books to various book awards), and pre-requisites of specific RELIEF ITEMS on other RELIEF ITEMS'. The following are in decreasing time criticality.

EMERGENCY RELIEFS – RELIEF ITEMS 2 and 4

EXPEDITIOUS RELIEFS – RELIEF ITEMS 1, 3, 5, 7

NORMATIVE RELIEFS – RELIEF ITEMS 6

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

Plaintiffs pray to the Court to see the unequivocally irreparable and irrecoverable harms and losses, intensity and extent of these harms and untenable situation of the Condo Unit of Plaintiffs (hope the Court plays its judicial role in relieving the horribly unbelievable situation).

2. **Court Fee Waiver** – Plaintiffs have included IFP application for Court Fee Waiver and request Court Fee Waiver in view of Case background information, the losses suffered and continue to suffer. [We may consider donating some of the relevant 'Core Books' at a later time when these books become available, see ATTACHMENT 2, to the Court Library. NOTE: All those who have worked on this unique health project, meant for the benefit of entire humanity, including the authors have paid money to have a personal copy of their own books.].

   Please see the amended IFP application, and EPIC Biography Snippets **ATTACHMENT 0.3**, IFP Supplement **ATTACHMENT 0.4**, and Plaintiff's wife's 2018 tax returns copy who has been financially and otherwise supporting Plaintiff and these health endeavors..

3. **Pro Se Filing** – In view of the Pro Se filing, plaintiffs request leeway to present the case details in layman language when plausible and make their best efforts to contain any further harsh and cruel damages to Plaintiffs and many others under the prevailing extraordinarily painful constraints. We hope to have a good legal team moving forward on the RELIEF ITEMS (on subsequent related legal actions after the Emergency Declaratory Judgments & Injunctive Reliefs' on the RELIEF ITEMS) once we contain and overcome the current hurdles.

   Please see Court Order – Introduction to Responses **ATTACHMENT 0.2** for additional information.

4. **Exceeding the Page Limit and Formats** – We request permission to exceed the 15 page limit in our initial filing and use of copies of old flyers with smaller font sizes because of the vast amounts of the background information and the unique nature of number of reliefs requested. [Please see 'Q & A and Evidentiary Explanations' in this list.]

5. **Caveat Lector Disclosure** – Plaintiffs' 'EPIC Health' (see ATTACHMENT 1) is vastly different from other 'epic' name sake health products, services and/or entities across global health systems including US Health System. In view of items related to this, assertion of its uniqueness and significance of it for Plaintiffs and entire humanity (see ATTACHMENT 3) we urge the Court to consider its relevance to every one of the emergency RELIEF ITEMS.

6. **Sealed Documents** – We request the case documents to be kept strictly CONFIDENTIAL for perpetuity to prevent further serious harms (see ATTACHMENT 3) from bad people (because of the unique nature of Intellectual Properties and per **RELIEF ITEM 1** physical danger to lives of the Plaintiffs, dependants and others who are part of EPIC Health).

7. **Closed Door Hearing** – Same arguments of serious harms (see ATTACHMENT 3) as Sealed Documents in this list. We request the Case to be heard in a 'Close Door Hearing' (limited only to very essential Court personnel that must be present at the hearing) and if necessary, some physicians (who worked with Plaintiffs and who have knowledge of the matter in ATTACHMENTS) will be requested to be present to answer questions raised by the hearing Judge(s).

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

8. **Q & A and Evidentiary Explanations** – We request permission to bring dry erase or other note board (up to 3' x 4' size) to 'explain hard to answer questions' to the hearing Judge(s). [Plaintiffs took a few ten hours to explain concepts (STEM and other concepts present in avoiding anepicia; see ATTACHMENT 1 and books in ATTACHMENT 2) even to some of the world's best people (among top Engineers, Physicians, Mathematicians; Noble prize winners in sciences, medicine, peace, economics; Turing award winners in Computing; other top professionals from other fields,) during the past more than two decades.]

9. **Recording of Hearing Proceedings** – We request permission to video and audio record the entire hearing proceedings. This may be necessary as evidence for some of the Relief Items in this list.

    We will make the necessary arrangements (the necessary equipment and a known person who consents to recording it and confidentiality of the proceedings) to do the recording. We will provide a password protected digital copy of the recordings to the Court. The password will be provided in a written evidentiary document filing to the court after the hearing.

10. **Relief Items** – There are several items for which Plaintiffs are seeking EMERGENCY RELIEFS (these are being called as '**RELIEF ITEMS**' in this case) from this honorable court. Most of these 'Relief Items are directly pertaining to Intellectual Properties' that are owned and managed by the Plaintiffs. The remaining Relief Items have substantial direct and indirect impact (i.e. costly damages and harms) on the 'Relief Items directly related to the Intellectual Properties'.

11. **Nomenclature, Abbreviations and Neologisms** – There are several new words and abbreviations that are used in these documents without expanding on them as they are part of EPIC Dictionaries and they are unique to EPIC. Some of the words will not be found on the Internet/Web. Hence Plaintiff is willing to explain them in any Pre Conference.

12. **Pre Case Review Conference and Pre Hearing Conference** – Plaintiff can help expedite the court hearing of the case with all the required information at its disposal if it considers the possibility of allowing Plaintiff appear in front of Hon. Judge to sort out any outstanding issues so that the Complaint can reach the actual hearing date soon enough to obtain the very badly needed DECLARATORY JUDMENTS AND INJUNCTIVE RELIEFS.

## RELIEF ITEMS

We are requesting and seeking EMERGENCY or EXPEDITIOUS or NORMATIVE DECLARATORY JUDGMENTS AND/OR INJUNCTIVE RELIEFS that are appropriate and just for each of one of the following "RELIEF ITEMS" based on their time criticality and irreparability of harms, etc.

FOR ALL OF THE RELIEF ITEMS THAT GO BEYOND 'DECLARATIVE AND INJUNCTIVE RELIEFS', PLAINTIFFS ARE REQUESTING THOSE ITEMS TO GO TO JURY TRIAL IN THIS COURT OR OTHER LEGALLY SUITABLE COURTS. [Legally Suitable Courts for JURY TRIALS based on the Jurisdiction requirements applicable to those RELIEF ITEMS.]

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

RELIEF ITEM 1 - Protections of Individuals and IPs

Statement of Claim: **A.** Plaintiffs and many people involved with the Plaintiffs need protections from direct and indirect, intentional and unintentional physical and intellectual harms and harms to their lives. **B.** Similarly various protections are absolutely necessary for safeguarding of Intellectual Properties (IPs) that can benefit entire humanity. Because of the very sensitive nature of these items, Plaintiffs will explicate relevant facts, incidents and evidence and procedures that are warranted in these circumstances to the Court during the hearing.

Many senior physicians and some internationally well known figures have specifically and unequivocally have warned about the true dangers of trying to improve the health systems from those who have been controlling them and/or benefiting from them. Those dangers include people from existing health system intentionally trying to murder and/or debilitate or severely impair livelihoods of those people trying to bring improvements using many dysfunctional tools and mechanisms of 'democracy and health systems' to serve their ulterior agenda of retaining the status quo. There have been many retaliatory measures initiated against well intentioned physicians by the bad characters that are controlling the prevailing USA Health System (even when thousands of patients have died unnecessarily). Such gut wrenching and mind numbing episodes have been present in USA Health System where people were killed by thousands. Whistleblower laws, other mechanisms and related protections are highly inadequate. Plaintiffs have directly and indirectly witnessed these deaths, death threats and other threats from some of such elements. Plaintiffs have obtained notarized affidavits of possibility of these threats. Most of these documents are in the electronic storage devices and these files could be retrieved only after Plaintiffs get the needed RELIEF ITEM 2 court order to initiate retrievals of files. Plaintiffs have been warned of these dangers and have been strongly advised to take and exercise all precautionary measures to protect all those and their families that are involved with EPIC Health in important roles.

To protect Plaintiff 2 from such extreme dangers, her name has not been explicitly mentioned as a Plaintiff in the title of this AMENDED COMPLAINT or the original one.

Please see ATTACHMENT 0.6. [Kathryn has been working for more than 1 ½ decades with a deferred payment and she and her family are grave victims of what happened to the Plaintiffs and their families, in addition to so many other victims.]

Irreparable Injury: Public knowledge of these can be extremely harmful to the Plaintiffs and others.

Relief: Seeking a declaratory Judgment to let Plaintiffs follow procedures within law that are prudent, equitable, truthful (reasonably verifiable) and actionable (not mere words) that produce results and/or remedies and protect lives (Plaintiff and others) and Intellectual Properties that Plaintiffs are engaged with and in. These procedures can and will be applied to (but not limited to) Insurance Carriers, Healthcare Providers, Public and Private Entities and Individuals.

RELIEF ITEM 2 – ALLSTATE Insurance Claims

**Statement of Claim:** There was flooding of water and debris in July – August 2018 from TWO incidents in the Plaintiffs Condominium and these incidents were directly caused by Unit 3M and Unit

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

6M of the same Condo building as the Plaintiff. These incidents have two outstanding claims covering damages for Personal properties, House structural damages and Computers. Details of these Insurance Claims will be indicated in the MIDP information (we are seeking some additional time as per Item 7 in the COURT ORDER – Introduction to Responses, **ATTACHMENT 0.2**) These claims are kept suspended because of the Intellectual Properties. Plaintiffs have asked ALLSTATE Insurance carrier to suspend the Insurance Claims (and they have completed their visual inspections within a few days after the occurrence of the incidents) until Plaintiffs got some robust legal remedies for disclosure of items related to Intellectual Properties (IPs). Plaintiffs want to have these Insurance Claims settled fast by ALLSTATE Insurance. Plaintiffs will disclose all necessary information that will not jeopardize the Intellectual Properties (IPs) but that can settle the insurance claims very soon and also expedite the retrieval of IPs (retrieval of files related to IPs from storage devices is part of the Insurance claims though Insurance does not cover IPs and files) and repairs and restoration of the Condominium to livable state. [Retrieval of IPs most likely would be a major work as it involves retrieval and proper organization of tens of thousands of various types of files and Giga bytes of data from many electronic storage devices and also has absolute necessity of special security procedures, special tools and technologies and will take significant time, people and money.]

Please see ATTACHMENTS 0.8 and 0.9

Irreparable Injury: Please see ATTACHMENT 3 for the large losses suffered and still continuing.

Relief: Seeking a declaratory Judgment and injunctive Relief directing ALLSTATE Insurance carrier to activate (restart) the currently suspended claims and expeditiously settle the insurance claims in the interest of insurance claimants (i.e. Plaintiffs) and the public good.

RELIEF ITEM 3 – NATIONWIDE Insurance Claims

Statement of Claim: In November-December 2018 Plaintiff 1 has two minor incidents related to his vehicle. First incident happened to the parked vehicle when Plaintiff 1 was away from the vehicle and before the first incident was even repaired a second incident happened while Plaintiff 1 was trying to avoid a little girl from coming under the vehicle. NATIONWIDE Insurance gave repeated runarounds and not settled the claims in 2018 [NATIONWIDE staff gave reasons that are technically preposterous and procedures that are blatantly unethical in delaying the claims process at every attempt of settling the claims by Plaintiff 1; Details and evidence of these are available with Plaintiff 1]. Plaintiff 1 was and has been focused in retrieving the Intellectual Properties (IPs) from earlier other incidents as they have already caused far greater harm to many people. Plaintiff 1 just wants to expeditiously and also properly complete these Insurance Claims that simply brings back the vehicle to the condition it was in prior to these Incidents. [Details of these Insurance Incidents, Communication with the NATIONWIDE Insurance carrier will be shown to the Court at the hearing.]. Details of these Insurance Claims will be indicated in the MIDP information (we are seeking some additional time as per Item 7 in the COURT ORDER – Introduction to Responses, **ATTACHMENT 0.2**)

Plaintiff 1 is of the hope that NATIONWIDE Insurance will settle these two claims properly and promptly (as a last ditch effort) and if claims are not settled properly by 'NATIONWIDE Insurance' then Plaintiff 1 is seeking suitable relief of 'Discovery' to later file a case in an appropriate Court.

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

Please see ATTACHMENTS 0.10 and 0.11

Irreparable Injury: Please see ATTACHMENT 3 for the large losses suffered and still continuing. These unnecessary distractions are only compounding the miseries indicated in ATTACHMENT 3.

Relief: Seeking an injunctive Relief directing 'NATIONWIDE Insurance' carrier to properly and promptly settle the claims and/or allow Plaintiff 1 to have "Discovery to take depositions or subpoena records from Nationwide Insurance staff, claims estimators and adjusters and others involved with these incidents to Plaintiff 1's vehicle."

### RELIEF ITEM 4 – Bar Harbour Claims (BH Claims)

Statement of Claim: **A.** Plaintiffs suffered those horrible and incomprehensible harms during July – August 2018 indicated in the RELIEF ITEM 2 and ATTACHMENT 3. There are many individuals and entities that are involved in causing these damages to the Plaintiffs and others (see ATTACHMENT 3). **B.** Residents living in unit 3M (of BH Condo Bldg) and others have directly and indirectly caused substantial harms to the Plaintiff by 'evil and nefarious perversion' of the very meaning of 'Quiet Enjoyment' of a residential unit owners in a residential condominium building.

Plaintiffs suffered these losses from several acts and incidents caused and/or perpetrated by several individuals and entities over a period of three years. Most severely disrupting and severely damaging incidents occurred during July – August 2018, the ALLSTATE Insurance Claims indicated in RELIEF ITEM 2. It involved flooding of water and debris from above floors (mainly unit 3M and unit 6M of Bar Harbour condominium (BH) into Plaintiffs unit 2M. Unit 3M is directly above unit 2M in the condominium and Unit 6M is the top floor in the building in the same stack of Units (2M, 3M, 4M, 5M, and 6M). BH Condominium is a residential building.

Comprehensive list of damaged items has been provided to Insurance Carrier and it will be appropriately updated to reflect all the damages. All of the information files such as "Books, Intellectual Properties, etc." in electronic storage media became inaccessible after the incidents and computers operating at that time were burned out.

In addition to the above there was extensive property damage to highly valuable personal property, electrical circuits in multiple rooms (which essentially burned the computing machines and electronic storage devices containing extremely valuable information); severely damaged heating, air circulation, water heater and other residential equipments; plumbing and kitchen cabinets in the kitchen; severely damaged walls, floors and ceilings of equipment room and bathrooms; severe damage to drywalls, bathrooms, tiles, carpets, very expensive dresses, many books, and other household properties.

Unit owners in 3M and others in the same Condo building have been using Unit 3M as a 'Commercial Construction Work site" continually every day of the past more than THREE YEARS. It has been notified to the Condo Association board members, Village of Schaumburg Health Department, Village of Schaumburg Building Code Departments, 911 calls have been made where Schaumburg Police came. In all of these and many other related incidents many people associated with Unit 3M both directly and indirectly have obfuscated, did not let Police check inside the Unit 3M when they came to identify what construction activities are they doing every day for more three years for lack of Subpoena or other Court Order. Repair of any condo unit, even if it is completely renovated would not take 14 – 15

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

hours, seven days a week and almost FOUR YEARS and still continuing. These construction activities and the intense vibrations and sounds appear to stem from - very serious construction vibrations of grinding of wooden boards, tiles, making of new cabinets, hammering, see-sawing, heavy thumping from one end of the Unit 3M to other end of Unit 3M and many other construction activity types. Many vehicles carrying construction materials come, drop those materials at the Condo building for use by 3M and others in the building who are associated with Unit 3M. Unit 3M kept dumping construction waste quite possibly into the plumbing system. Most of Unit 2M plumbing got clogged though Unit 2M has extremely limited water use. Plaintiffs never put any food waste or any other waste into any sinks or other places yet many pipes were clogged to the point of kitchen sink and bathrooms became unusable. And in July there were these massive water and debris flooding from both Units 3M and Unit 6M – one incident happened in July into living room, from vents in the bathrooms into bedrooms, bathroom ceilings, walls, tiles and other items were completely fractured from water and debris flooding, and a Second incident of Water flooding.

Plaintiff had to get admitted into ER for excessive rising of blood pressure, heart rates, very high sustained blood sugars, etc. caused by the constant vibrations to the scalp, brain, and to other organs. These constant construction work related vibrations dramatically affected the concentration levels of extremely complex work that Plaintiffs have been doing. Whatever one was thinking could suddenly gets disrupted with a sudden vibration of the ceiling of the Unit 2M, i.e the floor of Unit 3M where these construction works were happening. As per Emergency Physicians and Neurologists the nerve ends that are near the scalps are getting violently excited to the point of disrupting not just the thought processes severely but also affecting blood pressure, heart rate and other changes to blood chemistry. They are not sure what else could be happening. Human brain of Plaintiff is sensing something strange that is *opposite of major earthquakes* or something like and all other thought processes are getting stopping other than a natural instinct of bolting out of the Condo Unit to save from impending disasters.

We have requested Village of Schaumburg Building Code Inspection Head to wait until the Court Order to find all the required information about the activities of Unit 3M, collect all other evidence from their employers, customers, people associated with perpetrators of Unit 3M, etc.

We are trying to get to the truth as Unit 3M and their associates have constantly deceived to continue to perpetrate their utterly selfish acts severe abuse of 'QUIET ENJOYMENT' of a residential condo unit.

Plaintiffs 1 & 2 are seeking suitable relief of 'Discovery' to later file a case in an appropriate Court for the Damages and other harms caused to the Plaintiff by these Defendants. Because of the very sensitive nature of these items, Plaintiffs will explicate relevant facts, incidents and evidence and procedures that are warranted in these circumstances to the Court during any PRE-CONFERENCE and the hearing. Any information that will be collected as part of Discovery will be kept strictly confidential and will be used only for the subsequent case of Damages. Plaintiffs will explain the sources for evidence gathering.

Please see ATTACHMENTS 0.4 and 0.5

Irreparable Injury: Please see ATTACHMENT 3 for the large losses suffered and still continuing.

Case #: 1:19:cf-01589 *SEALED* (Amended Complaint)

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

Relief: Seeking a Declaratory Relief that allows Plaintiffs 1 & 2 "Discovery to take depositions or subpoena records from 'Unit 3M and Unit 6M owners, residents, their employers and customers and others that are directly and indirectly connected to the cause of these grievous harms'."

## RELIEF ITEM 5 – MEDICAL Rapporteur / Reporter

Statement of Claim: Plaintiff 1 has explained many health issues and solutions over the past more than 3.5 decades to world's who's who and to some of the leading professionals in various disciplines. Time has come for Plaintiffs 1 & 2 to report (through various media including TV, Radio, Internet, Print media, etc.) many things about problems of health systems and best possible solutions (EPIC HOPE, Health Redemption to 25 Million Consumers, Health Redemption Challenge) to US and Global Health and STEM leadership and most importantly to Consumers as well starting very soon. Press credentials – identification of Plaintiff 1 as a (i) Press person and (ii) Registration with a Government and Press entity are prerequisite steps to bring these 'less unhindered and unencumbered and with a modicum of press protections' to Chicagoland area, the nation and the world. Plaintiffs can bring video and other past evidence of explaining health solutions to physicians and others.

Irreparable Injury: To alleviate the country and humanity from large (health and related) losses and sufferings (see ATTACHMENT 1) and that are still continuing.

Relief: Seeking a Declaratory statement from the Court that recognizes Plaintiffs 1 as a MEDICAL Rapporteur / Reporter.

Plaintiffs are seeking a second Declaratory Relief for Plaintiffs and others who will be bringing EPIC Health to the Country from anyone not following these Campaign specific terms and conditions. [Plaintiffs will bring additional wordings for this relief.]

## RELIEF ITEM 6 – Retaliation by 'Village of Schaumburg Library Staff and its clique'

Statement of Claim: Plaintiff 1 has experienced frequent retaliatory acts from the staff of 'Village of Schaumburg Library' (and possibly by others associated with this Village) in the past three years when Plaintiff 1 pointed their erroneous and quite false statements (see ATTACHMENT 4) that they have repeatedly made. Whenever Plaintiff 1 questioned their statements, albeit very politely, they always resorted to various behaviors including forcefully trying to evict or evicting the Plaintiff 1. They have persistently lied about various wrongs that they have repeatedly committed against Plaintiff 1 and repeatedly violated the Civil Rights of Plaintiffs (Title 18, USC Section 18 and Title 18, USC Section 242 and possibly other code violations). Plaintiff 1 is well aware of the statements of Schaumburg Library Staff as blatant lies based on the facts of events [and in addition to these: Plaintiffs will be filing several Patents associated with 'Trust in Truth' as part of their health solutions; there is a Chapter on 'Trust in Truth' in Consumer Health Guide, see ATTACHMENT 1 and few professional books on 'Trust and Truth' in 'Book Sets', see ATTACHMENT 2]. Library has falsely accused many things and also falsely accused of not returning a book when it was returned inside the library to Perpetrator 4 (see ATTACHMENT 4), arrogantly evicted when went to the Library to question the veracity of false claim of NOT returning a specific book, fined more than $400, barring Plaintiff for 1 year from Library, most outrageous false allegations (by Library) of threatening the library staff and on these grounds barring Plaintiff 1 from coming near the Library or using it. It is morally very low to see Schaumburg Library, any library which is

Case #: 1:19:cf-01589 *SEALED* (Amended Complaint)

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

supposed to protect and uphold the truth whether Schaumburg library or not, degenerating to low levels of dishonesty, petty thievery, and retaliation using Color of the Law for questioning their lies.

Additional details will be provided to the Court by Plaintiffs during its hearing. Plaintiffs also need some time to retrieve files about Schaumburg Library from our electronic storage devices (see RELIEF ITEM 2). Schaumburg Library's disgraceful acts diverts valuable time of Plaintiffs from some of the most important activities they have been doing (in trying to bring epic health solutions to humanity and the Country) besides the Village Library and possibly its Police unabashedly and with impunity violated the Civil Rights of them.

Irreparable Injury: To stop the disruptions to the works of Plaintiffs is grievous to the country and humanity from large (health and related) losses and sufferings (see ATTACHMENT 1) and that are still continuing.

Relief: Seeking an INJUNCTIVE Relief for Plaintiff 1 from Village of Schaumburg Library from fine and/or other monetary damages they may try to add on, relief from exclusion of Library usage (rights or privileges – whatever it is called as), and from further the retaliatory acts and/or false defamation of Plaintiff 1. Plaintiff 1 is also Declaratory Relief that allows Plaintiffs 1 "Discovery to take depositions or subpoena records from 'Schaumburg Library Staff', Schaumburg Police, People named in ATTACHMENT 4 and any others that are directly and indirectly connected to the cause of these Civil Rights violations'."

RELIEF ITEM 7 – USA Health System – "The EPIC Ensurability Notice"

Statement of Claim: Plaintiff 1's book synopsis (Please see ATTACHMENT 1) succinctly explains the bad state the entire USA Health System has been in for about ½ a century. This can be redeemed. EPIC Health wants to give all the participants – Consumers, Providers and Stakeholders, of the Health System a type of "Constructive Notice". This constructive notice will be so much more than simple legal 'Constructive Notice'. It will involve EPIC HOPE, REDEEM 25 or 50 MILLION, HEALTH REDEMPTION CHALLENGE and other features (Please see ATTACHMENTS 5, 6, 7 and 0.19). It will involve many facets of EMPOWERMENT of these participants through education, engineering, etc.

Plaintiffs would like this to be one of the most significant documents in the history of this nation (in like that of the 'Declaration of Independence'), but within the existing legal boundaries to turn the corner in this nations history towards a path that 'creates a more perfect Union at an expeditious pace at least in the health of the entire nation' envisaged in foundation of this nation.

Plaintiffs will assist as needed or desired by the Court and the Hon. Judge in drafting "The EPIC Ensurability Notice" which Plaintiffs not only hope but will work to make it a monumentally important document for the entire USA nation in the coming years and decades.

Plaintiffs are requesting and would like to have an additional TWO WEEKS to make a clear 'pre case hearing type of explanation that will satisfy the Court and Hon. Judge's objections (of the Defendant being not a person or a corporate entity and other legal nuances). Plaintiff 1 would initially be the initial 'Custodian' of "The EPIC Ensurability Notice" but will assign or transfer it to suitable legal entities that span the entire spectrum of USA Health System. The real custodians of this Declarative Order will be the

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

residents of this nation from present generation to many future generations, once it is assigned to suitable entities.

Irreparable Injury:  The data related to these (the ANEPICIA – avoidable maladies that have been happening across the nation for the past ½ century) will be released to the Court, the entire country of USA and the world in multiple stages. Initial data will be provided as soon as the information is retrieved after securing the RELIEF ITEM 2 (ALLSTATE Insurance Claim).

Relief:  Seeking an EXPEDITIOUS DECLARATIVE Relief for Plaintiff 1 in the form of "The EPIC Ensurability Notice" from USA Health System.

Remaining of the page intentionally left blank.

US District Court for the Northern District of Illinois

AMENDED COMPLAINT

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Dates:  February 11, 2019 (created)
        April 29, 2019 (amended and signed)                     Kumar Tadi & Vandana Jhingan

Plaintiffs Contact Information:

Kumar Tadi & Vandana Jhingan (Plaintiff 1 or P1 & Plaintiff 2 or P2)
651 Mall Dr # 59598 Schaumburg IL 60159
COOK County
847-909-1411 (phone # P1), 847-867-1880 (phone # P2)
hiconsultants@yahoo.com (email, for this case)

Case #: 1:19:cf-01589 *SEALED* (Amended Complaint)

US District Court for the Northern District of Illinois

IFP Supplement                    ATTACHMENT 0.1                    Case # 1:19-cv-01589

# EPIC HEALTH™

'Epic health for everyone' ™

## IFP Supplement

Important Note and Request to Federal Court: These below notes are provided for confidential use in the Court Case (Case # 1:19-cv-01589 *SEALED*). [Most of the material presented here is part of EPIC Biography and other EPIC Series books.]

Reasons for seeking IFP:

1. Plaintiff has been working without income for many years (please see ATTACHMENT 0.3). Plaintiff at this juncture has already lost millions dollars of income from the loss of ability to publish the first six books in 2018 because of the acts committed by those living in 101 Bar Harbour Condominium. Two of the RELIEF ITEMS are to stop these losses accruing further and harming Plaintiffs, others and the entire USA (through the delay of launch of EPIC Health solution).

2. Plaintiff was getting an *above median income* through the voluntary support of many individuals and families who wanted mainly to see the realization of great healthcare for all and some modicum of personal financial rewards for themselves. This was many years ago and Kumar Tadi bought the Condominium at that time (in late 2003).

   People who were financially supporting Kumar Tadi's work during those early 2000s had to discontinue financial support as these supporters were defrauded by the bad parts of the societies. The supporters of Kumar Tadi's team had taken second mortgages, personal loans, etc. from various sources to support the work of *Kumar Tadi and few others who were part of Kumar Tadi's team*. They have had no money to fight the people (or crooks) that illegally stole their money and didn't make payments legitimately due to them (the amounts running into a few million dollars in 2004) and destroyed their lives as it will be very difficult to fight a court battle (of any court battle) without money and competent attorneys demand large upfront escrows. It created unthinkable really hard troubles to those families. (There is more heart wrenching details to this).

3. At that time Vandana Jhingan, wife of Kumar Tadi, decided to provide whatever support necessary to see through the realization of great health solution for everyone at great personal and family sacrifices. Please see EPIC Biography Snippets (**ATTACHMENT 0.3**).

4. The financial information included in the IFP Court Fee Waiver application is essentially that of Vandana Jhingan, wife of Kumar Tadi, as Kumar Tadi did not have any income after the incidents of Item 2 above. Mortgage payments and other expenses are paid by Vandana Jhingan.

5. Because of the 2008 financial crisis across USA and around the world, the Condominium property value plummeted by more than $40,000 within a few months (about similar amounts across the entire Condominium building). The mortgage loans could not be modified because of new terms and conditions created and imposed by FHA, existing and new mortgage lenders and other financial institutions based on the nature of the Condominium building and other factors beyond the control of the Plaintiffs. So Plaintiffs were stuck with the losses of the property value while paying exorbitant mortgage amounts and Condo Association Fees. These details will be part of EPIC Biography after Intellectual Properties and other high priority items are resolved and completed and currently on-going harms are reasonably contained.

US District Court for the Northern District of Illinois

IFP Supplement                    ATTACHMENT 0.1                    Case # 1:19-cv-01589

# EPIC HEALTH ™

'Epic health for everyone' ™

6.  Property value indicated in the IFP application is taken from the most recent mortgage document, and subtracted the lowest repair cost estimates sent by various building repair firms. These quotes were obtained in the hopes of repairing the damage to the property after the Water and other debris flooded the Condominium in late July and continued to early August of 2018. ALLSTATE insurance which provides the Condo Insurance and Computing Equipment Insurance to the Plaintiffs does not repair, does not appoint/recommend repair people who can restore the damages to prior condition within the insurance payments and but only pays money for repairs as per their own estimates of repair costs. It is the responsibility of insured to find building repairing businesses and people that can do the repair work within those amounts! Who caused these damages to the Plaintiffs Condo Unit? – water and debris came from Units 3M and Unit 6M in these two incidents (mentioned above and also in the initial Complaint) and other people and entities may be directly and indirectly responsible for these damages too. Plaintiffs will provide this evidence and related information after the Court and Hon. Judge allows its RELIEF ITEM to be part of the AMENDED COMPLAINT.

Comparable Condo Units cost between $120K to $125 based on market data, i.e. without ever mentioning the Continuous Construction Work that has been happening in Unit 3M for more than 3 years and the vibrations of the roof of Unit 2M (floor of Unit 3M is the roof of Unit 2M), and additional details related to these episodes would make anyone NOT to buy Plaintiffs Condo Unit even for $50,000. And the mortgage bank would want their money irrespective of what happened to Condo unit or its residents. This $50,000 estimated cost of the unit does not even include the repair costs which are estimated to be more than $25,000 though ALLSTATE Insurance Claims would pay only $8,800 per claim for Building Structural Damages. The losses that are accruing to Plaintiffs and their many dependants are more than "100 times" the ALLSTATE Insurance Claims Covers.

7.  Vandana Jhingan's 2018 tax returns are enclosed as an ATTACHMENT 0.16.

We request the Court to approve the IFP to accept the amended Claim without fee payment based on all the above facts and included financial data.

### SECOND OPTION: SECURITY OFFER

8.  Second Option: SECURITY OFFER: (i) Plaintiff will possibly provide Book 1 and Book 2 to the Court as a security after these books are printed. (Everyone including authors, Plaintiffs are also the authors, are and will be paying for the books, so Plaintiffs will need time to figure out a solution). (ii) Introductory Lectures on EPIC Health to the Court Staff and/or others from Legal Profession at the Court House after launch of RELIEF ITEM 7 and printing of the print ready books indicated in ATTACHMENT 2. Details of these will be furnished later.

***

# EPIC HEALTH™

'Epic health for everyone' ™

## COURT ORDER – Introduction to Responses

Case #: 1:19-cv-01589 *SEALED*

Court Order (issued on March, 14 2019 by Hon. Judge John J Tharp Jr) for the above indicated Initial Complaint.

NOTES: The following is the 'Introduction to the Responses' and it is part of the Amended Complaint and its various *old and new* ATTACHMENTS'.

1. Court has dismissed our request for 'Emergency Hearing' indicated in PROCEDURAL CONSIDERATIONS of initial Complaint. We have made amendments to this in the Amended Complaint.

2. *In Forma Pauperis* (IFP) has been re-filed with additional information and requesting it to be considered again on its merits and the need of the Plaintiffs. We apologize for the inadequacy of our initial request. Explanations with relevant data and information are provided in the Amended Complaint. (In the Court Order, IFP item has been indicated as [3] but in our initial Complaint this item is [2] in the PROCEDURAL CONSIDERATIONS. Item [3] is our request for Pro Se Filing related leeway which has been considered by this Hon. Court and we acknowledge and thank the Court for that.)

3. RELIEF ITEM 4 – Bar Harbour Claims (BH Claims) has been amended. Plaintiff both literally and legally made it 'Colorable Claim'. This is the undisputable source of some of the large damages and harms to the Plaintiffs, many others and the entire nation (USA) and humanity. In the original complaint though most of the information necessary for 'Colorable Claim' was present it was not well organized. We regret that and take it as our inadequacy in proper preparation of the initial Complaint. In this Amended Complaint we have made this information better organized, added additional information and tried to expound the facts and reasoning of genuineness and it just need of all the Plaintiffs and others. It would be beyond any reasonable comprehension Plaintiffs (or anyone) if such gross and egregious injustices are not considered viable legal claims. Once again we earnestly request the Court and the Hon. Judge to reconsider it again on its very sound merits and the just needs of Plaintiffs and others.

4. Cover Sheet – Plaintiffs and Defendants

   (a) Individual identification of all Defendants has been added in the Amended Complaint. We apologize for this lapse. We are under the ill informed presumption that "et al." would be sufficient.

   (b) All the Plaintiffs names have been intentionally NOT identified in the initial Complaint and only Plaintiff Kumar Tadi has been indentified. This is to protect the lives of the Plaintiffs names accidently getting released through errors and omissions, or through hacking of Federal Systems by bad characters from across the globe (Plaintiffs know

US District Court for the Northern District of Illinois

Court Order — Intro to Responses          ATTACHMENT 0.2                    Case # 1:19-cv-01589

# EPIC HEALTH™

'Epic health for everyone' ™

existence of such technologies and history of stealing and hacking across the spectrum of many 'so called secure' Government IT systems by people and entities across the world) . Plaintiffs clearly do not want to become victims from lack of relief of RELIEF ITEM 1. Hence the Plaintiffs are indicated only in the 'Certification and Closing' section of the initial Complaint. In this Amended Complaint we have omitted the other Plaintiffs for the fear of Court dismissing the Complaint because of errors and/or omissions by the Court or Plaintiffs (and then the Complaint becomes 'UNSEALED' or non-confidential and Plaintiffs becoming victims or dead of such errors and omissions). No person on earth including any court can bring back alive once some one is killed and/or severely debilitated by bad characters of/in these Systems. Hence we earnestly request the Hon. Judge and the Court to see the gravity of it from our perspective and the grim reality of it. RELIEF ITEM 1 clearly mentions the highly sensitive nature of this specific relief item and hence requested the opportunity to explicate in a Court hearing. Additional information related to RELIEF ITEM 1 has been added to it in the Amended Complaint.

(c) USA Health System, though is neither an Individual or a Corporation (a type of a legal entity) we urge and request the Court and the Hon. Judge to let us keep it as the Principal Defendant of this Amended Complaint. We apologize and regret erroneously not including the most important of all RELIEF ITEMS 7 in the initial complaint and this relief item is included in the Amended Complaint. The reasons why we would still like to keep this Defendant in the amended complaint should be clear from the Amended Complaint.

5. RELIEF ITEM 7 – USA Health System (BH Claims) has been added to the Amended Complaint.

6. Two items are added to PROCEDURAL CONSIDERATIONS and they include – (11) Case Review Conference and Pre-hearing Conference and (12) Nomenclature, Abbreviations and Neologisms.

7. MIDP or Mandatory Initial Discovery Pilot Project – Initial details of what is currently available with the Plaintiffs has been provided with the Amended Complaint. We would like additional time for updated submissions on MIDP as some of the RELIEF ITEMS are precisely *to get all the relevant information* from (a) various Defendants identified in the specific RELIEF ITEMS (of ALLSTATE Insurance Claims, Nationwide Insurance Claims, Bar Harbour Claims, and Retaliation by Village of Schaumburg Library Staff and its Clique) and also from many electronic storage devices (this is possible only after obtained much needed Court Order for RELIEF ITEM (of ALLSTATE Insurance Claims) [without ALLSTATE Insurance Claims related Court Order, Plaintiffs and everyone else are very clearly jeopardizing the entire Intellectual Properties in the electronic storage devices].

(d) We are requesting *up to* an additional FOUR WEEKS to submit updated MIDP information that could be appended to the Amended Complaint. It is reasonably likely we could submit this updated MIDP information before that FOUR WEEKS of additional time. In this updated MIDP information, we will not be able to include information from electronic storage devices related to Retaliation by Village of Schaumburg Library Staff

US District Court for the Northern District of Illinois

Court Order – Intro to Responses        ATTACHMENT 0.2                    Case # 1:19-cv-01589

# EPIC HEALTH™

'Epic health for everyone' ™

and its Clique, video and photographic evidence of past Medical Rapporteur/Reporter related to Relief Item of the same name.

(e) Once the Court grants our requested DECLARATORY AND INJUCTIVE RELIEFS that are relevant and quite necessary for 'data and information gathering' from Defendants and other data sources then Plaintiffs will have proper access to the data and information, submit robustly updated MIDP information. We are requesting suitable additional time possibly FOUR to SIX weeks – in addition to the previous FOUR WEEKS, for the Plaintiffs after the Court issues very sorely needed DECLARATORY AND INJUCTIVE RELIEFS.

8. COPYRIGHTS related information has been provided as a separate ATTACHMENT. Since books contain literally dozens of patents and other intellectual properties (on the Book Covers, in the contents of the books and some even in the Book Titles), we can not file the COPYRIGHTS with US Government yet. Plaintiffs can only file these COPYRIGHTS after filing of all the needed Master Provisional Patents with WIPO and USPTO. Some provisional patents are grouped into categories as there are more than a few in each category of patents. There are scores of Intellectual Properties that are NOT Copyrights. This predicates the Plaintiffs to not even print the books without first obtaining some protections from WIPO and USPTO in the form of Provisional Patents. Once these Provisional Patents are filed Printing of books and retrieval (from electronic storage devices of the Plaintiffs – these devices and files retrieval are part of the ALLSTATE Insurance Claim among the requested RELIEF ITEMS) and organizing of Non-Provisional Patents and other Intellectual Properties and then Plaintiffs will file all of the Non-Provisional Patents, etc. with WIPO and USPTO.

***

# EPIC HEALTH ™

'Epic health for everyone' ™

## EPIC Biography Snippets

Important Note and Request to Federal Court: These below notes are provided for confidential use in the Court Case (Case # 1:19-cv-01589 *SEALED*).

These biography notes are part of the **EPIC Biography** books (Biography of the people who contributed to the EPIC Solutions including EPIC Health). It will also be part of Kumar Tadi's **Biography**. This is undisclosed Copyrights protected material. Accidental and/or intentional disclosure can seriously harm many individuals and can egregiously and unobtrusively seriously harm the nation(s). Unauthorized disclosure is strictly prohibited.

Important:

Only a few items mentioned in this Biography Notes to highlight that Kumar Tadi and his wife Vandana Jhingan. Vandana Jhingan (Plaintiff 2 in the initial Complaint) has not changed her last name to that of Kumar Tadi's last name of TADI. This has been done for various reasons including to protect her from any potential harms indicated in RELIEF ITEM 1.

Kumar Tadi could provide more than twenty major opportunities that could have given him exceptionally comfortable life with good income and other perks that would last more than a life time.

Kumar Tadi, his wife and many of his friends and relatives' 'value system in their personal lives' have been substantially different from the majority of people one across in life or court cases anywhere in the world. This profound difference should be apparent from the below points. World must know the significant triumphs and travails spanning decades in the lives of these individuals for it to fully understand, appreciate and reap the elegance of EPIC Health.


A. Vandana Jhingan, wife of Kumar Tadi, holds a Masters degree in Management, three masters' diplomas (in Marketing, Public Relations, and Personnel Management) and an Associate degree in Information Systems and she is a polyglot (knows few languages very well). She had worked in good job positions in India and USA and had job opportunities that offered her more than $150K annual pay plus generous benefits more than 1½ decades ago. But she voluntarily chose to forgo those good positions and (financially) very *comfortable normal family life* to support the work of Kumar Tadi and others so that they all can bring great improvements to entire humanity in Health Systems across the world. She did these supportive roles voluntarily at many great personal sacrifices (these sacrifices of her, Kumar Tadi and many other exceptional individuals will be narrated to entire world in the EPIC Biographies and Kumar Tadi's own biography). To support the work of Kumar Tadi and others, she not only ended up financially supporting the family expenses (by doing free lance journalism and other gig economy temporary works that has archetypal hallmarks of pecuniary paralysis) but in all these years she has also been doing extensive work related to the Health System Solution. Her exhaustive works equally demanded nothing less than 80 to 100 hours of her time per week in all these several years. In addition to that she is the author of 'Nature of NEWS' book and authoring other upcoming books (some of them are based on EPIC). The concept of EPIC can be applied in Health, Life and Nature and hence there are different 'EPIC Series' books.

US District Court for the Northern District of Illinois

EPIC Biography Snippets          ATTACHMENT 0.3          Case # 1:19-cv-01589

# EPIC HEALTH ™

'Epic health for everyone' ™

B.  Kumar Tadi, an engineer by nature and nurture and one of the coordinators of health solution teams as well as its presenter (Medical Reporter/Rapporteur) has been somewhat lucky enough (but otherwise has to continually confront and address the ugly, cruel and evil sides of humanity in India and USA) to be in the company of some of the most gifted people (the giftedness as measured by any global standard) throughout his life - right from his childhood and school days and also during these long years of truly epic endeavors of finding great health solution for the entire humanity.  His own health solution quest started with the telegram he received on October 11, 1981 regarding his father's health condition [in a cryptic message that stated 'Father sick, start immediately' – Prasad, Macherla (his brother's name, name of the place from where the telegram was given from)] while he was studying Computer Science and Engineering at IIT Bombay which is more than 600 miles and a day's journey away. His mother died in June 1983 and father died in January 1985 and both of their sufferings and deaths was from avoidable maladies. Their sufferings, deaths and sufferings of Kumar Tadi, his friends and relatives trying to save them from the abhorrent cruel reality of health systems and many parts of societies that made Kumar Tadi (and his family, friends and others) to commit to redeem these and other health maladies that are highly entrenched across entire medicine and for the entire humanity.

One can say with more than 95% certainty that both of Kumar Tadi's parents would have been NOT only alive but would have been in a very healthy condition even in 2019 had the abhorrent and atrocious physicians, other providers and health system in India (who treated both of his parents during that time) applied the then already prevailing clinical and other knowledge of 1970s and early 1980s and avoided the most of the major 'avoidable maladies'.  There are bad and cruel people and avoidable maladies that caused unspeakable harms to millions of lives during the past more than ½ century across every health system including those of India and USA just like that of Kumar Tadi's parents and to many of his friends, relatives and acquaintances over the years across the globe. [Data, references and details of these are available in EPIC Series books].

That is the motivation and drive of both Kumar Tadi and his wife Vandana Jhingan and they have endured enough of gut wrenching and unequivocally condemnable harms.  Others of exceptional intellect and good conscience have joined these efforts over the last more than two decades to redeem the world of avoidable maladies in health systems.

Because of the reasonably gifted nature of Kumar Tadi right from early childhood, culturally and typically it befalls on such a person to be able to monetarily and intellectually help many of his friends, relatives and acquaintances had Kumar Tadi been leading a successful normal life without worrying about the mundane rigmaroles of daily life than the betterment of health of entire humanity.  Kumar Tadi has voluntarily relinquished more than twenty such great comfortable opportunities in the past and not counting what his wife, other family members and others have voluntarily forgone even with their own good capabilities.  On the contrary Kumar Tadi ended up seeking help of his friends, relatives and acquaintances for the benefit of the entire humanity while he and others are being put through harrowing times by very bad parts of the same societies and humanity that he has spent a life time to better it.

1.  Kumar Tadi got 2nd rank in the state wide entrance examination for admission into the military school (Sainik School, in Korukonda, Andhra Pradesh, India) in 1974. It is an exceptional privilege to get into it and has enormous benefits of joining though Mr. Tadi decided not to join it for some very good logical reasons without sacrificing the opportunity to join elite ranks of Indian Defenses at a later time (like those from West Point in USA).

US District Court for the Northern District of Illinois

# EPIC HEALTH<sup>™</sup>

'Epic health for everyone' ™

2. Kumar Tadi studied Computer Science and Engineering at IIT Bombay, the institute is ranked # 1 in engineering in entire India (even among IITs) and Computing Engineering is considered the cream of cream within IITs. [Many references are available about India's IITs in NY Times, Wall Street Journal, etc. and top professionals from across the world knew about these Institutes from 1970s].

3. Kumar Tadi suggested biofeedback therapy of retraining the unaffected brain and affected limbs (to regain most of human functionality) for stroke affected individuals as one of the most effective physiological and engineering solutions to Dr Roger Sperry (Nobel Prize winner in Physiology or Medicine in 1981) in 1982 - 83 and even far better engineered solutions later in mid and late 1990s to clinical, scientific and engineering leaders at top places around the world, e.g. President of RIC (Rehabilitation Institute of Chicago) in mid 1990s, etc.  Statuses of 'Neurology and PMR (Physical Medicine and Rehabilitation)' are quite often 10 to 30 years behind these suggestions.  Dr Sperry was very excited (others could not even understand the basics of Scientific, Clinical and Engineering aspects of Biofeedback solutions) to see how it could be implemented though Dr Sperry did not live long beyond early 1990s.

4. Kumar Tadi got the National 1st Prize in an IEEE contest in 1986 (IEEE – Institute of Electrical and Electronics Engineers, the world's largest technical society) for his work and a paper on Windows (on Computers). He had enough vision, market and business knowledge and could have made far more than \$250 Million (and quite possibly \$1 Billion) before the end of 1990s from this software alone as it was far ahead of Microsoft Windows 1st version in features when he got the IEEE award.

5. Kumar Tadi could have made more than \$100 Million in any of the more than a dozen Computing areas before the end of 1990s and could have retired comfortably for the rest of his biological life.

6. Kumar Tadi could have easily joined Indian Civil Services by mid 1980s and could have become one of the top Civil Servants (such as Indian Administrative Services or IAS) in India by year 2010. Becoming an ambassador to a top country anywhere in the world is way below the power and prestige of IAS then and even now. He could have easily reached some of the top government positions (e.g. Chief Secretary of an important Ministry at the Union Government) with financial and other comforts and ample power to improve things for the common man through governance.

7. Motorola offered Kumar Tadi to head three units of their development offices in 1993 in Schaumburg and Arlington Heights, IL though he applied for the position of a Senior Programmer.  He could have easily risen through the ranks (to quite possibly the very top positions while having an easy and very comfortable life during the rest of his computing career at Motorola and could have retired very comfortably. Motorola included many perks and freedoms in the job offer.

8. Dr Jim Gray (Turing Award winner in 1998) of Stanford Univ. asked Kumar Tadi to join him in 1994 for a project that would have made him (Kumar Tadi) a multi-millionaire by end of 1990s.  That suggestion was made by Dr Gray after Kumar Tadi suggested many things to expand the work that Dr Gray has done up to that time.

There are many such very interesting items in the life of Kumar Tadi and they are omitted for the sake of brevity of this document.

\*\*\*

Case# 1:19-cv-01589    ATTACHMENT 0.4

Re: Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards) (and on 12/26/2018 from 7:51 am) - URGENT

① The word 'currently' has been misspelled as 'currnelty' in the emails, as it was typed during severe vibrations over head.

From: HI Consultants (hiconsultants@yahoo.com)

To:     sflanagan@villageofschaumburg.com; nabdallah@ci.schaumburg.il.us

Cc:     vjhingan@yahoo.com

Date: Wednesday, December 26, 2018, 2:39 PM CST

② In fact, vibrations overhead from Unit 3M have affected typing coordination of fingers on keyboard in the last more than three years. Kumar Tadi has been typing exceptionally well from year 1980.

Hello Mr. Flanagan:

③ There are so many other adverse effects on "brain and body functions controlled by brain". The causal correlations are/can be proved scientifically.

PLEASE DO NOT DO THE INSPECTIONS NOR CONTACT THE PARTIES AS INDICATED UNTIL WE BRING THE EMERGENCY COURT ORDER.

We are NOT asking you to be part of the court case NOR we want you to be responsible for LETTING THE PERPETRATORS OF THIS SEVERE HARM TO US GET AWAY WITH LIES.

**PLEASE WAIT FOR THE COURT ORDER.**

The issue is NOT just about CONSTRUCTION WORK DONE ALMOST EVERY DAY WITH IMPUNITY for more than three years, but it is also about TRUTH, JUSTICE and about using a RESIDENTIAL Unit as a Commercial Construction Workshop under various disguises (whether decibel levels, or some other ruse).

Your inspection can not give us the data for the last three years, nor for the next ONE MONTH, does it?

Nor does it help in eliciting TRUTH about the INTENT, LIES, etc. of the parties involved in this so far during the last THREE YEARS which could have been obtained by recording the CONSTRUCTION vibrations, sounds, GPS location from where they are coming from, dates and times, list of permissions taken from the Village during that time, etc.

Your immediate inspection will essentially scuttle that truth and let the perpetrators get away with the IMMEASURABLE harm they have caused US and others. And you would be letting that happen by NOT letting our request to be taken into consideration in the interests of TRUTH and JUSTICE. That is definitely not being on the side of the TRUTH.

**PLEASE WAIT FOR THE COURT ORDER.**

Sincerely,
Kumar Tadi & Vandana Jhingan
847-909-1411

**From:** Scott J. Flanagan <sflanagan@villageofschaumburg.com>
**To:** HI Consultants <hiconsultants@yahoo.com>; Nick Abdallah <nabdallah@ci.schaumburg.il.us>
**Cc:** Vandana Jhingan <vjhingan@yahoo.com>
**Sent:** Wednesday, December 26, 2018 2:00 PM
**Subject:** RE: Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards) (and on 12/26/2018 from 7:51 am)

Mr. Kumar Tadi

101 Bar Harbour – Unit 2M
Schaumburg, IL
847-909-1411

Mr. Tadi,
We have already been in contact with the management company to gain access to the building and unit 3M. I'll have inspection results available by Friday and can follow-up with you at that time.

As a supervisor of the plan review and inspection team, I would not get involved in your lawsuit claims on prior damage, so another meeting with me is not necessary.

For this complaint, we will verify compliance with ordinances and building codes including required permits, inspections, and enforcement of approved work hours (by ordinance).

Should construction activity and noise be occurring in the early morning hours (prior to 7am), you should call the police to report the incident and they'll complete a report for follow-up by our staff once inspections start for the day.
Thank you.

**Scott Flanagan**
**Building Official**
Village of Schaumburg
Community Development Department
101 Schaumburg Court
Schaumburg, Illinois 60193-1899
*sflanagan@schaumburg.com*
Office 847-923-3962

---

**From:** HI Consultants [mailto:hiconsultants@yahoo.com]
**Sent:** Wednesday, December 26, 2018 11:00 AM
**To:** Scott J. Flanagan; Nick Abdallah
**Cc:** Vandana Jhingan
**Subject:** Re: Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards) (and on 12/26/2018 from 7:51 am)

Hello All:

We have been affected by this construction work even on Christmas eve and also on Christmas day. It (i.e. construction work) is currently going on (though at low frequencies and vibrations started today from 7:51 am).

We can plan these things better to find all suitable solutions after we have had a comprehensive discussion on these issues along with answers to all of our long list of questions with you at the Village of Schaumburg offices at your earliest convenience. We will bring the questions with us at that time and any relevant documents.

Once we meet then we can plan other investigative, evidence gathering and any remedial activities. We request you to NOT to contact anyone at the building (including residents and others at the building or building managers or Condo Association) regarding this issue until we meet you (and others at the Village) "to protect the evidence and prevent tampering of evidence pertaining to these matters". We will bring suitable COURT ORDER (Court Document) to support our requests.

Sincerely,
Kumar Tadi & Vandana Jhingan
847-909-1411

---

**From:** Scott J. Flanagan <sflanagan@villageofschaumburg.com>
**To:** HI Consultants <hiconsultants@yahoo.com>; Nick Abdallah <nabdallah@ci.schaumburg.il.us>
**Cc:** Vandana Jhingan <vjhingan@yahoo.com>

Case # 1:19_cv_01589          ATTACHMENT O.4

**Sent:** Thursday, December 20, 2018 7:44 AM
**Subject:** RE: Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards)

Mr. Tadi,
We are unable to visit unit 3M without access into the building.
Can you please advise if you are able to let our inspector in the building?
If so, what day works best for you?

**Scott Flanagan**
**Building Official**
Village of Schaumburg
Community Development Department
101 Schaumburg Court
Schaumburg, Illinois 60193-1899
*sflanagan@schaumburg.com*
Office 847-923-3962

**From:** Scott J. Flanagan
**Sent:** Monday, December 17, 2018 1:12 PM
**To:** 'HI Consultants'; Nick Abdallah
**Cc:** Vandana Jhingan
**Subject:** RE: Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards)

Mr. Tadi,
I will schedule an inspector out to this building (Unit 3M) tomorrow for possible work without a permit.
I'm assuming the building will be locked, so is there someone with the property management company who can let our inspector in the building?

**Scott Flanagan**
**Building Official**
Village of Schaumburg
Community Development Department
101 Schaumburg Court
Schaumburg, Illinois 60193-1899
*sflanagan@schaumburg.com*
Office 847-923-3962

**From:** HI Consultants [mailto:hiconsultants@yahoo.com]
**Sent:** Sunday, December 16, 2018 8:11 AM
**To:** Scott J. Flanagan; Nick Abdallah
**Cc:** Vandana Jhingan
**Subject:** Fw: Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards)

Hello Mr Scott Flanagan, Mr Nick Abdallah, the Health Board and the Village President:


Last night (12/15/20018) the work above our ceiling continued until 9:36 pm and it resumed at 7:42 am today (12/16/2018). The resident(s) in Unit 3M have been using all kinds of techniques, e.g. do the 'very heavy construction work' when Village of Schaumburg officials or American Property Management who manage this property on behalf of 101 Bar Harbour Condo Association, whose regular office staff are off on weekends or holidays or won't be around.

One of the worst that we have to endure and suffer was during the Thanksgiving week of November 21, 2018 to November 25, 2018. It was so horrendous that the noise and vibration levels were so high that exceeded major road construction noise and vibration levels.

Sincerely,
Kumar Tadi & Vandana Jhingan
847-909-1411

(p.s. we mistyped Mr. Flanagan email ID which is corrected).


----- Forwarded Message -----
**From:** HI Consultants <hiconsultants@yahoo.com>
**To:** "sflanagan@schaumburg.org" <sflanagan@schaumburg.org>; "nabdallah@ci.schaumburg.il.us" <nabdallah@ci.schaumburg.il.us>
**Sent:** Saturday, December 15, 2018 7:09 PM
**Subject:** Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards)

Hello Mr Scott Flanagan, Mr Nick Abdallah, the Health Board and the Village President:


We will bring a detailed complaint addressed to the (1) Building Department of Village of Schaumburg, (2) Health Supervisor, (3) Health Board and (4) the Village President about these below indicated acts causing extreme pain, suffering and massive losses that we have already endured and continue to suffer. We will bring these matters in writing to the Village Offices probably between coming Tuesday - Thursday and would like to discuss these with you all of you (especially Mr. Flanagan and Mr. Abdallah) about our complaints.


Because of the extremely sensitive nature of this complaint we are requesting 'a personal meeting and confidentiality of this matter' until our meeting with the above indicated Individuals of the Village of the Schaumburg soon. There have been several problems that have not been addressed appropriately by the Village of Schaumburg so far in spite of our sincere attempts to stop this cruelty by the perpetrators from '101 Bar Harbour Building' on us.


Vandana Jhingan, as a member of the health board of Village of Schaumburg, will recuse herself from participating in any discussion by the health board 'especially pertaining to us' to avoid any potential ethical conflicts on "the harm on the brains and the health of of us in addition to loss property, etc.

Sincerely,

Kumar Tadi & Vandana Jhingan
847-909-1411 & 847-867-1880




----- Forwarded Message -----
**From:** HI Consultants <hiconsultants@yahoo.com>
**To:** Annamarie Barath <annamarie@apmofil.com>; Gayle Simon <mail@apmofil.com>
**Cc:** Vandana Jhingan <vjhingan@yahoo.com>
**Sent:** Saturday, December 15, 2018 6:39 PM
**Subject:** Construction work is currnelty going on (12/15/2018 from 6:00 pm onwards)

Hello APM Staff and Annamarie:


Construction work has been going on in 101 Bar Harbour Rd, Schaumburg IL 60193 on 12/15/2018 from 6:00 pm on wards and it is continuing as we are typing this email. There are severe vibrations and sounds from above the ceiling of Unit 212 in 101 Bar Harbour Rd. Schaumburg IL 60193.

Case # 1:19-cv-01589          ATTACHMENT O.4

There is a severe toll on our lives, health and brains, and livelihoods and that we are continuing to pay for this gross, possibly intentional, negligence and harm on us.

Hope (1) APM, (2) 101 Bar Harbour Condo Association and (3) its Board of Directors - are keeping the proper records of all of the "Construction Notifications and Requests" from the tenants and other people who work on/in this Building during the past more than three years.

Sincerely,

Kumar Tadi & Vandana Jhingan
847-909-1411

April 29, 2019

There is a severe toll on our lives, health and brains, and livelihoods and that we are continuing to pay for this gross, possibly intentional, negligence and harm on us.

Hope (1) APM, (2) 101 Bar Harbour Condo Association and (3) its Board of Directors - are keeping the proper records of all of the "Construction Notifications and Requests" from the tenants and other people who work on/in this Building during the past more than three years.

Sincerely,

Kumar Tadi & Vandana Jhingan
847-909-1411

Case# 1:19-cv-01589   *SEALED*   ATTACHMENT 0.5
Schaumburg IL
September 30, 2018

To

Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193-1899

Dear Sir/Madam:

We are residents of Village of Schaumburg in a Condominium building located at 101 Bar Harbour Rd.

Recently (in the months of July and August 2018) we have suffered extensive water damages in our Condo Unit [at 101 Bar Harbour Rd # 2M   Schaumburg IL 60193; this is the physical address, mailing address is provided below] to very expensive computing, electronic properties and other personal properties. The damages are extremely large and certainly very painful to us and many who depend on us (the consequences of these damages are already being felt and will continue to be felt for a very long time). So far we have been unable to even get the relief process started in earnest because of the extent and gravity of damages.

We thank the Schaumburg Fire Department for coming promptly after our 911 call and containing further damages on one of the damage occurring occasions. Before we realized the need to make the 911 call there has already been extensive damages to very expensive and invaluable properties. For example there has been constant construction related sounds (of hammering, cutting, seesawing, etc. virtually every day for more than two years and it hasn't stopped yet from Unit 3M which is directly above unit 2M) and dumping of construction waste into regular sinks, pipes, etc. To properly redress these incidents and to reduce and prevent such future occurrences we are interested in (1) procuring the architectural drawings (of especially water pipes, waste water pipes, air and ventilation ducts and electrical connections) and (2) the procedures that any one would have to follow (such as permits from Village of Schaumburg, Condo Association that one has to obtain before commencing any repair work, proper notification procedures to other residents of the Condo Building, repair persons having proper licenses and insurance protections, etc.) before, during and after doing any repair work in any Condo Unit or in the Building itself. We are sending a similar request to our Condo Association.  As indicated these documents are essential for properly redressing our seriously damaged properties (including all legal purposes, if necessary) and to prevent these kinds of things from happening.

Thank you.

Sincerely,

Kumar Tadi &
Vandana Jhingan
Mailing: P O Box 59598
Schaumburg Il 60159
Phone: 847-909-1411

Case# 1:19_cv_01589
＊SEALED＊          ATTACHMENT O.6

Hoffman Estates
September 16, 2013


To
Kumar Tadi
P O Box 59598
Schaumburg IL 60159


Dear Kumar:

You are well aware of your critical role in the health and healthcare systems related project called Epic Health. You have been designated as one of the 'key persons' from its inception because of your knowledge and expertise. Keeping you in a healthy and productive disposition for this project is of utmost importance to all.

Dr Bhagwan T Shahani has made clear and unambiguous warnings about danger to your life from healthcare providers who may fear loosing out to the (new health) system when it comes out that you and others have been working for more than a decade. Dr Shahani's ominous warnings on how healthcare providers could intentionally harm you or permanently disable you or even kill you during healthcare provisioning situations (especially while hospitalized or under medication when you are not fully conscious or aware of care provided, or after TIA or syncope like situations) while clinically covering their tracks. The same grave risks exist to you and others (in Epic Health) from others who have been directly and indirectly benefiting from the current bad health system.

We need to protect all of our critical resources including protecting you from any potential harm or death caused by healthcare providers or others. Your own health condition and recent health problems are very worrisome to all of us associated with this project. Any harm to you or your health could be irreplaceable to your family, to all those people associated with the project and to others who could benefit from it. For some foreseeable time, visibility of your profile, visibility of the project material through public access (search engines) and your health should be guarded to the fullest extent possible using suitable precautionary mechanisms (such as operational, procedural, technical, judicial and law enforcement).

Please do not hesitate to contact me if you need an affidavit or some other document to protect the confidentiality of the above in any legal matter and "to protect you and others and Epic Health through all available means for the benefit of humanity".


Sincerely,

Kathryn M. K. McCord

Kathryn McCord
For Epic Health Entities

Case # 1:19_cv_01589 *SEALED*     ATTACHMENT 0.7



**PARADIGM ASSURANCE** SM

'Beyond Healthcare Reliability' ™

February 1, 2007 (updated later)

To
«First_Name» «Middle_Name» «Last_Name», «Title»
«Address»
«City» «State» «ZIP»


Dear Dr «First_Name»:

Please take a look at the following RISK GUIDEPOSTS (stemming from the TOP 10 RISKS) that every health care provider will be facing, learn why they exist and how to virtually eliminate them through **HELM**™ based solutions and '**HELM Coverage**'™.

### RISK GUIDEPOSTS -

1. Possibility of physicians' or healthcare providers' vulnerability to Catastrophic Risks –
   [Catastrophic Risks: that can possibly ruin your financial and/or professional life permanently]
   **MORE THAN LIKELY**

2. Possibility of physician's or healthcare provider's vulnerability to Direct Risks –
   [Direct Risks: Catastrophic Risks + High/Rising Premiums + Very Expensive Tails]
   **ALMOST CERTAIN**

3. Possibility of physician's or healthcare provider's vulnerability to any of the PLI Coverage Risks –
   [Direct Risks + Indirect Risks such as increase in expenses and short falls in revenue, etc.]
   **NEAR CERTAIN**

We want you to understand these **TOP 10 RISKS** and **TOP 10 CHALLENGES** for health care providers (available on paradigmassurance.com web site). We want you to know how these *RISKS are real and how they can dramatically impact almost every provider including you*.

Before disregarding these TOP 10 RISKS and TOP 10 CHALLENGES, please consider its impact on you (e.g. information on providers who are accredited and who are NOT accredited using HELM will be made available to all health care consumers, notification of HELM based Quality Improvement Programs to CMS, etc.) and your patients.

To learn more about these please consider a free Intro HELM Seminar. One of our HELM Staff members can schedule it as per your convenience.

We hope to meet you in a HELM Seminar and you could meet with other providers who have started on this unique path to health care safety, quality and prosperity.

We thank you for your consideration and would appreciate an opportunity to serve you and your patients.


Sincerely,

*M S Kapadia, MD*

Dr M S Kapadia



HELM Medical Director
HELM Assessments and QIP
paradigmassurance.com
helm@paradigmassurance.com
888-HELM-HELP

*Steve Tippins, PhD*

Dr Steve Tippins



Chief Insurance Officer
PARADIGM ASSURANCE
paradigmassurance.com
helm@paradigmassurance.com
888-HELM-HELP

---

Case # 1-19-CV- 01589 × SEALED* ATTACHMENT O-8

RE: Re: Allstate Claim:0510660764 (CONFIDENTIAL and RESTRICTED USAGE)

From: Wyatt, Erica (ewyat@allstate.com)

To: hiconsultants@yahoo.com

Date: Wednesday, October 24, 2018, 2:30 PM CDT

Mr Tadi we are still waiting for written clarifications for the software. As I stated in email once received we can have that addressed separately. Issuing payment doesn't mean you agree to the pricing. We can adjust if you don't once requested info is received. Items priced out were all items you listed on your email.

Thanks

**From:** HI Consultants [mailto:hiconsultants@yahoo.com]
**Sent:** Wednesday, October 24, 2018 2:17 PM
**To:** Allstate Insurance Claims Team <claims@claims.allstate.com>; erica.wyatt@allstate.com; Wyatt, Erica <ewyat@allstate.com>
**Subject:** [External] Re: Allstate Claim:0510660764 (CONFIDENTIAL and RESTRICTED USAGE)

Hello Erica:

1. I understand you may be trying to help us or otherwise harming us very seriously.

2. Any harm that has ALREADY been inflicted upon us (and others) is what we are trying to reduce while trying very hard and fast (working more than 12 hr, 7 days of every week in spite of family health emergencies/issues) to complete the INSURANCE CLAIMS and loss related issues and bring them to proper and ethical conclusion very soon.

3. We have never authorized you or ALLSTATE to send claim adjustment amount without our prior WRITTEN approval based on mutual agreement on the claims made (items and amounts). List of items, your valuation approaches (of home structures, computing, personal properties) and amounts to bring those losses associated with those items to prior state clearly appear to be malformed, deficient and are not just.

4. On top of that YOU (and ALLSTATE) indicate in writing that WE AGREED TO THE AMOUNT TO BE SENT, that is a plainly UNTRUE by you and ALLSTATE as we never authorized to send money.

Even the third party company (that ALLSTATE used) which abused/misused the email ID (of Vandana) to gather banking information through deceptive on-line legal verbiage and sending money and claiming we authorized and/or asked for it is outright fraud and 100% deceptive.

Banking transactions have to be explicit and 100% transparent before initiation, prior explicit recorded approval by us (a copy of initiation of such transaction by us that stays with us) and other characters - all of these are absent, and it was surreptitiously done.

5. I have asked YOU and ALLSTATE to wait for written clarifications. You will have those clarifications regarding all the items, estimates to restore, cost of personal items, cost of computing items including data retrieval costs (and related issues) later tonight. These are extremely important not only from monetary valuations (for Insurance Claims and others) but to health and well being of lives (ours and others across entire USA).

Sincerely,
Kumar Tadi

847-909-1411

---

**From:** "claims@claims.allstate.com" <claims@claims.allstate.com>
**To:** hiconsultants@yahoo.com
**Sent:** Friday, October 19, 2018 2:14 PM
**Subject:** Allstate Claim:0510660764

Good Afternoon

Attached is a copy of your estimate please review

ERICA WYATT
Allstate Indemnity Company
Phone: (630) 972-6779
Fax: (866) 447-4293
claims@claims.allstate.com

CONFIDENTIALITY/PRIVACY NOTICE: This e-mail, including any attachments, may contain personal, private and confidential information intended solely for use by the individual to whom it is addressed. If you are not the intended addressee, please be aware that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you received this message in error, please notify the sender immediately by e-mail and delete from your system.

**** Please do not delete your unique Conversation ID ****

*** Conversation ID: 75F4B07F3176F4D7 ***

Case 1:19-CV-01589 *SEALED*    ATTACHMENT 0.9

Re: Re: Re: Allstate Claim: 0510660764 & 0518287206

From: HI Consultants (hiconsultants@yahoo.com)

To:    Mike.Olsa@allstate.com

Date: Wednesday, September 26, 2018, 12:34 PM CDT

Mike:

Sorry, I sent it to you as at that time I did not you would not be assigned to this claim. Once I send the modified damages document (group the items into Claim 1 and Claim 2) from the documents sent earlier to you (with passwords, same passwords will be used again) then if you need to adjust anythings please let us know.

Sincerely,
Kumar Tadi

---

**From:** "Olsa, Michael (NCT)" <Mike.Olsa@allstate.com>
**To:** HI Consultants <hiconsultants@yahoo.com>; Vandana Jhingan <vjhingan@yahoo.com>;
Allstate Insurance Claims Team <claims@claims.allstate.com>
**Sent:** Tuesday, September 25, 2018 11:48 AM
**Subject:** RE: Re: Re: Allstate Claim: 0510660764 & 0518287206

Hello Mr. Tadi,

I am not assigned to handle claim 0518287206 so I am unable to issue any payments on that claim. The adjuster that is assigned will determine if there is new or different damages from the first claim (0510660764) and handle it accordingly. The policy limit of $8,800 has already been paid on claim 0510660764.

**Mike Olsa, SCLA**
Claim Service Consultant
National Catastrophe Team
**Allstate Insurance Company**
2775 Sanders Rd - Suite BG
Northbrook, IL  60062
Phone 855-566-9242
Cell 847-682-3531
Fax 877-276-1219
mike.olsa@allstate.com

**From:** HI Consultants [mailto:hiconsultants@yahoo.com]
**Sent:** Tuesday, September 25, 2018 11:40 AM
**To:** Olsa, Michael (NCT) <Mike.Olsa@allstate.com>; Vandana Jhingan <vjhingan@yahoo.com>; Allstate Insurance Claims Team <claims@claims.allstate.com>
**Subject:** [External] Re: Re: Allstate Claim: 0510660764 & 0518287206

Hello Mr. Mike:

We have indicated about the multiple occurrences (different dates and different sources) and even showed most of the damages that we have suffered even during your visit to our Unit 2M.

So we have these two claims - 510-660-764 and 518-287-206. You have sent a check for $8,800 for the first claim. Equipment room has some significant damages from July 22nd incident (from water and debris flooding) and substantial additional damage causing incidents over from July 26th to August 4th from a different source. These were indicated and showed to you during your visit to 2M.

We would like you to adjust the claim reimbursement calculations as soon as possible for you. Meanwhile we will resend the two files (1. Damages from Water Flooding in July-August 2018 in 2M-VERY Short Version-v1.0; 2. Damages from Water Flooding in July-August 2018 in 2M-Short Version-v1.0) later today by grouping the damages from these two incidents and adding, if necessary, any additional summary data to those two files.

This whole thing is delaying our repair, restoration jobs. If you have any questions, please call me or email me.

Sincerely,
Kumar Tadi
**847-909-1411**

---

**From:** "Olsa, Michael (NCT)" <Mike.Olsa@allstate.com>
**To:** HI Consultants <hiconsultants@yahoo.com>; Vandana Jhingan <vjhingan@yahoo.com>
**Sent:** Thursday, September 13, 2018 2:44 PM
**Subject:** RE: Re: Allstate Claim: 0510660764

Please contact Florida Harris at 630-972-7369. I am not currently assigned to handle claims for the Midwest Office. She will be able to assist you.

**Mike Olsa, SCLA**
Claim Service Consultant
National Catastrophe Team
**Allstate Insurance Company**
2775 Sanders Rd - Suite BG
Northbrook, IL 60062
Phone 855-566-9242
Cell 847-682-3531
Fax 877-276-1219
mike.olsa@allstate.com

**From:** HI Consultants [mailto:hiconsultants@yahoo.com]
**Sent:** Thursday, September 13, 2018 2:31 PM
**To:** Olsa, Michael (NCT) <Mike.Olsa@allstate.com>; Vandana Jhingan <vjhingan@yahoo.com>
**Subject:** [External] Re: Allstate Claim: 0510660764

Hello Mike:

I will call again after an hour to get this matter going.

Case 1:19-cv-01589 ✗SEALED✗    ATTACHMENT 0.9

Sincerely,
Kumar Tadi / Vandana Jhingan
847-909-1411 / 867-1880

---

**From:** "Olsa, Michael (NCT)" <Mike.Olsa@allstate.com>
**To:** HI Consultants <hiconsultants@yahoo.com>; Vandana Jhingan <vjhingan@yahoo.com>
**Sent:** Tuesday, September 11, 2018 1:50 PM
**Subject:** RE: Allstate Claim: 0510660764

Mr. Tadi,

Your claim owner is Florida Harris and she will be addressing the personal property claim you are submitting. You may reach her at 630-972-7369 or at Florida.Harris@Allstate.com. The portion of the claim I was assigned, the structural damages, has been resolved for your policy limit of $8,800.00.

Thank you,
**Mike Olsa, SCLA**
Claim Service Consultant
National Catastrophe Team
**Allstate Insurance Company**
2775 Sanders Rd - Suite BG
Northbrook, IL  60062
Phone 855-566-9242
Cell 847-682-3531
Fax 877-276-1219
mike.olsa@allstate.com

**From:** HI Consultants [mailto:hiconsultants@yahoo.com]
**Sent:** Monday, September 10, 2018 7:33 PM
**To:** Olsa, Michael (NCT) <Mike.Olsa@allstate.com>; Vandana Jhingan <vjhingan@yahoo.com>; Allstate Insurance Claims Team <claims@claims.allstate.com>
**Subject:** [External] Allstate Claim: 0510660764

Hello Mike:

Claim #:

Address: 101 Bar Harbour Rd # 2M Schaumburg IL 60193

Finally we are attaching the claims related documents to you. There are a lot of prices missing related to dry walls, equipment costs (other than electronic and computing items).  Both (attached files) PDF files need passwords to open or to make changes (to put prices as per ALLSTATE insurance policy's claim reimbursement) to them, while we also work to get these prices from potential vendors who could do those home fixes (dry walls, cleaning, electrical and mold testing, replacing equipment, etc.).

We have already sent the passwords to you (check text messages on you cell #) referring to the same claim #.


1. Damages from Water Flooding in July-August 2018 in 2M-VERY Short Version-v1.0 pwd.pdf
   This document (8 pages) provides item by item 'short description and claim amount' as one goes from one room to another in this damages claim.


2. Damages from Water Flooding in July-August 2018 in 2M-Short Version-v1.0 pwd.pdf

   This document provides (12 pages) more information about the damages.



We would like to talk to you tomorrow at your earliest convenience so that we could work out a lot of things. Please let me know when to call you. Thanks.

Sincerely,
Kumar Tadi & Vandana Jhingan

Ph # s:   847-909-1411 / 867-1880

Case # 1:19_cv_01589 * SEALED* ATTACHMENT 0.10
Estimates for Claims and Notarized Affidavit (Claim # 285394-GI)

From: HI Consultants (hiconsultants@yahoo.com)

To: joe.martinez@nationwide.com

Cc: aldrij1@nationwide.com; vjhingan@yahoo.com

Date: Friday, December 21, 2018, 12:29 PM CST

Hello Mr. Martinez:

You know very well that you (including the organization, i.e. Nationwide Insurance) have/has obstructed Gerber Collision located at 819 Estes Ave in Schaumburg IL 60193 from providing Estimate for the Claim (Claim # 285394-GI) as indicated in the earlier emails. Nor 'your processes' and 'convoluted and tricky methods/actions' are in the interests of the Insured nor they are for the TRUTH and definitely not for the honorable delivery of Insurance claims.

So far you have NOT sent the claim estimate nor the affidavit from Gerber Collision.

Though I was very accommodating even after you and Nationwide Insurance subjected me to the extraordinary hardships, monetary losses and other damages, you kept making the same dishonest statements day after day without it ever pinching your conscience or you worrying about any regulatory or legal consequences. That is UNACCEPTABLE to us. This has to stop today.

I will not be waiting after today evening about filing complaints with IL DFPR (Insurance Division) and if warranted (with subsequent actions/inaction) legal recourse against you and Nationwide for the losses caused us even after extraordinary considerations given to you.

Yesterday evening I picked up your phone call though I was already handling very important and 2 to 3 other urgent things simultaneously. My conversation with you was only related to the Claims and 'other topics that I was dealing with at that time while being on the phone are not related to you or Nationwide'. Hope you understand how intentionally you have placed us in unethically and illegally into difficulties and yet I saw no remorse and/or corrective action as suggested by me several times in previous emails.

Sincerely,
Kumar Tadi & Vandana Jhingan
847-909-1411

April 29, 2019

Case # 1:19-cv-01589 *SEALED* ATTACHMENT 0.11

Claims #s: 254432-GI, 285394-GI

From: HI Consultants (hiconsultants@yahoo.com)

To: dobryj1@nationwide.com; aldrij1@nationwide.com

Bcc: vjhingan@yahoo.com

Date: Tuesday, January 15, 2019, 1:32 PM CST

Hello:

If there are documents, and/or information (from Nationwide staff that have been asked several times in writing by me; even from Nationwide staff such as Joe M Martinez, who kept stonewalling under various pretexts throughout December of 2018) that need to be sent to us regarding these claims please send it through email.

For any claim related documents and/or information:

1. Regular Documents: If you have some printed documents, then scan them and send them to us through EMAIL as PDF.

2. Confidential Documents: For any confidential documents please send them as 'PDF with password protection' and send the password through phone.

3. Payments: Send it to our address in your records – P O Box 59598, Schaumburg IL 60159. If we don't agree to your capricious estimates not based on facts that do not match those provided honest and reasonable mechanics (that are not controlled by Nationwide) then we will have serious issues to be addressed as such.

We are trying to get over the chaos created by Nationwide in the above two claims and hopefully it will be resolved in manner that takes into account of the (i) individual incidents, (ii) complete and thorough estimates (and not some superficial estimates for manipulation of claims resolutions), (iii) true valuation of vehicles (and not your statistics alone; it has been so far as if you provide the values based on statistics of life expectancy and disease of people [or vehicles] and play all kinds of tricky games to control who should be healed and who should be let die of horrible diseases; we sincerely wish all of you are never allowed into the business of Health Insurance of Humans anywhere on the planet!!!) and the (iv) responsibility of promptly resolving the claims (the number of excuses so far given by Nationwide in the above claims especially the second one is horrendous).

In the next few days, as we address the chaos created by Nationwide, we will see where this goes for conclusion of the above incidents. It all depends on Nationwide's actions on its honorable resolutions of the above claims.

Sincerely,
Kumar Tadi
847-909-1411

Case# 1:19 cv 01589 *SEALED* ATTACHMENT O.12

RE: Royal Society Science Book Prizes for year 2016

From: sciencebooks (sciencebooks@royalsociety.org)

To: info@mediexpr.com

Date: Friday, August 5, 2016, 4:54 AM CDT

Dear Kathryn

The deadline for submission for the 2016 prize have now closed. Submissions for the 2017 prize will begin in the new year and we will accept all publications, published in English for the first time from any date after September 30, 2016 and before September 30, 2017.

Best wishes

James Upton
Public Engagement Officer

T +44 20 7451 2513

The Royal Society
6-9 Carlton House Terrace
London SW1Y 5AG
royalsociety.org

Registered Charity No 207043

**From:** Info @ MEDIEXPR [mailto:info@mediexpr.com]
**Sent:** 04 August 2016 20:07
**To:** Awards <awards@royalsociety.org>
**Subject:** Royal Society Science Book Prizes for year 2016

Dear Sir/Madam:

We want to nominate a book for "Science Book Prizes for either year 2016 or 2017" based on your submission deadlines.

If the book is published for the first time in English on or before September 30, 2016 then can we submit it for the 'Science Book Prizes for the year 2016 or do we have to submit for 2017 nominations before 8th April 2017' (or whichever date that Royal Society decides for year 2017 submission)?

If the book is published for the first time in English after September 30, 2016 but before December 31, 2016 then it is

eligible for prize nominations of which year (2016 or 2017)?

We will greatly appreciate your feedback so that we could work out timing details of book nomination for the award for the right year.

Thank you.

Sincerely,

Kathryn McCord

MEDIEXPR

(Ensuring epic health)

651 Mall Dr # 59598

Schaumburg IL 60159 USA

**MEDIEXPR.com**

Ofc: 847-871-1000

---

This email is sent on behalf of The Royal Society, 6-9 Carlton House Terrace, London SW1Y 5AG, United Kingdom.

The contents of this email and any attachments are intended for the confidential use of the named recipient(s) only. They may be legally privileged and should not be communicated to or relied upon by any person without our express written consent. If you are not an addressee (or you have received this mail in error) please notify us immediately by email to: it.admin@royalsociety.org, and confirm the deletion of this email and attachments immediately.
You should carry out your own virus check before opening any attachment. The Royal Society accepts no liability for any loss or damage which may be caused by software viruses or interception or interruption of this email.

Please see our privacy policy for details of how any personal data we collect from you, or that you provide to us, will be processed by us.

Registered charity no. 207043

The views or opinions are solely those of the author of this email, and do not represent those of The Royal Society unless specifically stated.

Case# 1:19-CV-01589  * SEALED *   ATTACHMENT 0.13

## RE: Mailing of books

From: sciencebooks (sciencebooks@royalsociety.org)

To:   info@MediExpr.com

Date: Tuesday, April 4, 2017, 10:50 AM CDT

Dear Kathryn,

Thanks for your email. This sounds fine, and providing the first chapter is with us by latest Monday 10 April, this submission will still be entered for review by the Judges.

Many thanks,

Amy

Amy Fry
Public Engagement Officer

T +44 20 7451 2582

The Royal Society
6-9 Carlton House Terrace
London SW1Y 5AG
royalsociety.org

Registered Charity No 207043

**From:** Info @ MediExpr [mailto:info@MediExpr.com]
**Sent:** 31 March 2017 17:06
**To:** sciencebooks
**Subject:** RE: Mailing of books

Dear Amy:

Thanks for your help.

We will arrange to send the PDF file of the 1st chapter of the book before APRIL 10, 2017.

Book contents have been ready for some time though the author and others (patent attorneys, etc.) have been working on related matters before the book or its contents could be given to a printer or anyone else. I have already informed the author to expedite these matters so that we could give you the first chapter as a PDF file by APRIL 10, 2017. Once the preprints are ready we will send you the printed copies as required.

I hope the above will work for you.

Sincerely,

Kathryn McCord

MEDIEXPR Corp

**From:** sciencebooks [mailto:sciencebooks@royalsociety.org]
**Sent:** Friday, March 31, 2017 4:29 AM
**To:** 'info@MediExpr.com'
**Subject:** RE: Mailing of books

Dear Kathryn,

Thank you for your email. Regarding your queries, that is not a problem about the publication date, I can amend this in our records when the nominations close. With the pre-publication prints, would you be able to supply a first chapter as a PDF version in the meantime, and then send us the copies as soon as they are ready in April?

Please let me know if this will be possible, and if I can assist with anything else.

Best wishes,

Amy

Amy Fry
Public Engagement Officer

T +44 20 7451 2582

The Royal Society
6-9 Carlton House Terrace
London SW1Y 5AG
royalsociety.org

Case# 1:19-cv-01589 * SEALED * ATTACHMENT 0.13

Registered Charity No 207043

**From:** Info @ MediExpr [mailto:info@MediExpr.com]
**Sent:** 30 March 2017 21:49
**To:** sciencebooks
**Subject:** Mailing of books

Dear Sir/Madam:

We have submitted information for the "Royal Society Insight Investment Science Book Prize" a few minutes ago for the book "CONSUMER HEALTH GUIDE: On Epic Health, Living and Healing" by author Kumar Tadi (ISBN13: 978-0-9896422-9-3).

There are two issues with our book submission to the Royal Society web site that we would need your help –

1. Book publication date may have been entered incorrectly. The book's publication date is September 17, 2017.

2. We will have pre publication prints available very soon, possibly by middle of APRIL 2017. We are requesting some leeway on the book submission deadline of April 10, 2017 by a few days so that we could FEDEX the required seven copies to your address as soon as we have the preprints.

We will truly appreciate your consideration and help in the above two items that we are requesting from you. If you have any questions please do not hesitate to contact me.

Thank you.

Sincerely,

Kathryn McCord

MEDIEXPR Corp

MEDIEXPR.COM (MEDI Expression)
Toll free: **855 MEDI EXPR** (633-4397)

Phone: 847-871-1000

This email is sent on behalf of The Royal Society, 6-9 Carlton House Terrace, London SW1Y 5AG, United Kingdom.

The contents of this email and any attachments are intended for the confidential use of the named recipient(s) only. They may be legally privileged and should not be communicated to or relied upon by any person without our express written consent. If you are not an addressee (or you have received this mail in error) please notify us immediately by email to: it.admin@royalsociety.org, and confirm the deletion of this email and attachments immediately.
You should carry out your own virus check before opening any attachment. The Royal Society accepts no liability for any loss or damage which may be caused by software viruses or interception or interruption of this email.

Please see our privacy policy for details of how any personal data we collect from you, or that you provide to us, will be processed by us.

Registered charity no. 207043

The views or opinions are solely those of the author of this email, and do not represent those of The Royal Society unless specifically stated.

This email is sent on behalf of The Royal Society, 6-9 Carlton House Terrace, London SW1Y 5AG, United Kingdom.

The contents of this email and any attachments are intended for the confidential use of the named recipient(s) only. They may be legally privileged and should not be communicated to or relied upon by any person without our express written consent. If you are not an addressee (or you have received this mail in error) please notify us immediately by email to: it.admin@royalsociety.org, and confirm the deletion of this email and attachments immediately.
You should carry out your own virus check before opening any attachment. The Royal Society accepts no liability for any loss or damage which may be caused by software viruses or interception or interruption of this email.

Please see our privacy policy for details of how any personal data we collect from you, or that you provide to us, will be processed by us.

Registered charity no. 207043

The views or opinions are solely those of the author of this email, and do not represent those of The Royal Society unless specifically stated.

April 29, 2019

Case # 1: 19_CV_ 01589  ✗ SEALED✗    ATTACHMENT  O. 14

Re: Request a weeks time and questions - URGENT

From: The Pulitzer Prizes (pulitzer@pulitzer.org)

To: info@mediexpr.com

Cc: hiconsultants@yahoo.com

Date: Monday, October 15, 2018, 12:26 PM CDT

Dear Vandana,

The Letters competition closed on October 1. We are not accepting new entries at this time.

Best,
Sean Murphy
Digital Content Manager
Office of the Administrator
The Pulitzer Prizes

On Mon, Oct 15, 2018 at 1:24 PM, Info @ MEDIEXPR <info@mediexpr.com> wrote:

Dear Claudia:

Because of very uniqueness of some special books and circumstances and factors (many beyond our own control) leading up to now we were not ready to submit books for the Prize Contest.

1. We understand payment has to be made by October 1st and submission has to be by October 15th. Can we get a few days (may be a week) of extension to FedEx the required number of books to you for participation in this year's contest in 'NON FICTION Book' category?

2. We did make payment in Year 2015 though never submitted the book nor released to public. We were wondering if we can use that payment date (Pulitzer Invoice # 57-4677, date: 09-30-2015; Book Title: Consumer Health Guide: On Epic Health, Living and Healing by Kumar Tadi) for the book submission as the book that we plan to submit is the same book. This book was never released to the public or anyone.

There are many extraordinary dependencies that prevented us from releasing the book then and until now.

This book contained several very important intellectual properties (in addition to Copyrights) and is the seed for scores of new professional and other books, all of which can benefit whole humanity's health in the coming decades and possibly into next century. Hence the book was not released until appropriate safeguards (provisional patents in USA and rest of the world, etc.) for those Intellectual Properties and other books are put into pipelines. We are at the cusp of this threshold.

3. Is a book that does prediction of future of 'Human Health', 'Human Life' and 'Natural World' can be considered "FICTION"?

It is different from 'traditional genre of FICTION' and hence requesting clarification from Pulitzer.

These predictions are made by its author (Book Title: EPIC Prescience by Kumar Tadi) and also through usage of STEM (Sciences, Technologies, Engineering and Mathematics). These predictions can be validated every 10 years and people can continue to validate them well into next century. The validations are 'to know how much of those predictions came true or not and why so'. It is predictions on STEM steroids and unique innovations that are part of the book that can function and evolve like 'Prescience Automaton' unlike '1984 by George Orwell'.

[In fact classification of book categories used across libraries (in USA) must need revisiting and reclassification per the author of this book.]

We are contemplating how/when to submit this book for FICTION category of Pulitzer. Any suggestions are much appreciated.

Sincerely,

Vandana Jhingan

MEDIEXPR Corp

mediexpr.com (MEDI Expression)
Toll free: **855 MEDI EXPR** (633-4397)

Phone: 847-871-1000

p.s. Information about these books on the web site along with other information will be available before the end of this year.

Case# 1:19_CV_01589 *SEALED* ATTACHMENT O.15

## NIZAM'S INSTITUTE OF MEDICAL SCIENCES
### PUNJAGUTTA; HYDERABAD; PHONE: 040 - 23489253

## HISTOPATHOLOGY REPORT

**PATHOLOGY NO: 2899/12**

| Name | : T. SHASHANK | Unit | : NS3 |
|------|---------------|------|-------|
| Age/Sex | : 18/M | Ward | : |
| IP/OP No | : 1210331 | Date | : 18.06.2012 |

## GROSS DESCRIPTION:

Received multiple grey white to haemorrhagic soft tissue bits altogether measuring 5x4x1.5cm

## MICROSCOPIC DESCRIPTION:

Multiple sections from the submitted specimen sections show a cellular lesion comprising of spindle cells with moderate cytoplasm, elongated wavy nucleus with tapering ends, inconspicuous nucleoli. There are focal areas of myxoid change. There is no necrosis. Mitosis is 3-4/10HPF.

**IHC Panel**

**S 100 – Positive in Lesional Cells**
**Ki 67 Labelling Index – 27% Positive**

## IMPRESSION:

Histological features are consistent with **Neuro Fibroma – Recurrent**.

- L2 – L3 Lesion

for Nathur

for PROF. C. SUNDARAM

Case# 1:19_cv_01589 * SEALED *    ATTACHMENT 0.16

## Histopathology reports of Shashank

From: anuradha tadi (tadiradha40@gmail.com)

To:    hiconsultants@yahoo.com

Cc:    tadivaraprasad62@gmail.com

Date:  Tuesday, June 11, 2013, 1:29 AM CDT


Dear Mr. Kumar,

Goodafternoon, please find attached the histopathology reports of
Shashank. The reports are of last year and this year, kindly check
the dates and year.

With regards,

Mrs. Anuradha

 PL1.jpg
326kB

 PL2.jpg
412.2kB

 PL3.jpg
421kB

Case # 1:19-cv-01589
*SEALED*

ATTACHMENT O·17

# EPIC HEALTH™

'Epic health for everyone' ™

## Mandatory Initial Discovery Pilot (MIDP) Project

### Information

Case #: 1:19-cv-01589 *SEALED*

RELIEF ITEMS 1 to 7 in the AMENDED COMPLAINT: Information that is reasonably available from the very constrained environments that Plaintiffs are and have been trying to work with for the past few months for which they are seeking EMERGENCY RELIEFS in the AMENDED COMPLAINT in the form of RELIEF ITEMS 1 to 7.

1. MIDP Project Information will be submitted in TWO to FOUR WEEKS to the Court without any further notification to the Plaintiffs. Plaintiffs will do their best to submit these as soon as practicable to do so for all of the RELIEF ITEMS 1 to 7 indicated in the AMENDED COMPLAINT.

2. Any additional Information needed per MIDP Project requirements currently not available can be considered and met per requirements only after securing the urgently needed EMERGENCY RELIEFS (RELIEF ITEM 2 and RELIEF ITEM 4) which are absolutely necessary for secure retrieval of files from damaged electronic storage devices and replacement of specialized computers and its software.

***

**Kumar Tadi and DRCHAPS**
651 Mall Dr # 59598 Schaumburg IL 60159 USA

Case # 1:19_cv-01589
*SEALED*

ATTACHMENT 0.18

# EPIC HEALTH™

'Epic health for everyone' ™

## Copyrights Information

Case #: 1:19-cv-01589 *SEALED*

Copyrights Information for submission USDC to Washington DC in the above related case and related NOTES.

IMPORTANT NOTES:

1. The lists of books that are part of this case are listed below. All the copyrights and other Intellectual Properties are owned and protected (1997 – 2019) by Kumār Tādi and DRCHAPS.

2. All books have many Intellectual Properties (IPs) in addition to their *Copyrights* such as *Design Patents, Utility Patents, Marks, and other IPs*. The listed books will be submitted to the Copyrights Office after filing for all other Intellectual Properties. There are other 'EPIC Series books and other books' not indicated in the below lists and they will be updated to these lists at a later time.

1. **List of Books –**
   This was the list of books with their front covers (for core books) and generic covers appropriate for each book set (for book sets) were printed as 8' x 10' banner in early 2018. Books 1, 2, 3, 4, 5 and 9 were print ready by the beginning of year 2018 and the rest of the books (from both Core Books and Books Sets) have moderate to substantial content been completed and their writing is an on-going effort. NOTE: Only the main titles of the Books have been indicated and subtitles are omitted.

   A. **CORE BOOKS** – The current list of Core Books will be updated to include many more books that are usable by different types of readers in each of the book series (EPIC Series = EPIC Health Series + EPIC Life Series + EPIC Nature Series;).

      1. Consumer Health Guide
      2. EPIC Health Awareness
      3. EPIC Universe Compendium
      4. EPIC Health Ethics
      5. ANEPICIA Dictionary
      6. EPIC Health: Provider's Guide
      7. EPIC Health: Malpractice Insurance
      8. EPIC Prescience
      9. Nature of NEWS
      10. EPIC Value of Life
      11. EPIC Quotient

# EPIC HEALTH™

'Epic health for everyone' ™

12. Terra EPICIA

13. EPIC Tale of Time

14. Anepicia Tales [Multi Volume Set, 6 books]

15. Illuminating Light

16. Syntax of Nature

17. Essential Health Literacy

18. EPIC HOPE

19. Health Redemption Challenge

20. EPIC Health PRICE

B. **BOOKS SETS** – Each Book Set includes from a few books to more than 200 hundred books. Bulk of the work by Supplier will be in these book sets.

21. **EPIC Health System** - Each sub system within Terra EPICIA, global health systems and especially that of USA Health System described as a separate book. It is a 10 book set (per ORGANICISM of the Epigraphs).

22. **EPIC Vocabulary** - EPIC Health Vocabulary, EPIC generic vocabulary including neologisms, Scientific Vocabulary (especially Physics, Chemistry, Technology, Engineering and Mathematics), Medical Vocabulary (and possibly even ANEPICIA Dictionary): all of them built per naturalized perfection. A multi volume Dictionary Set.

23. **EPIC Human** - [Multi Volume Set of more than 200 books for Providers and Researchers, one monograph for each of the cell types and others for the whole human system]

24. **EPIC Health and System Standards** -

E.g. EPIC Standards includes 'EPIC Truth', 'EPIC Health Metrics', 'EPIC Health System Metrics' and 'EPIC Quotient'.

E.g. EPIC CL-STEM Standards includes 'EPIC Computing STANDARDS' (EPICent Trust, previously called InfoTrust), EPIGent Trust, 'EPIC Linguistic Standards' (NaMes, EPIC Compliant Grammar, etc.), EPIC STEM Standards (standards in Sciences, Technology, Engineering and Mathematics) (list them that are immediately useful in Health and those that are good moving ahead the path of EPIC into 22nd century)

E.g. EPIC Essence Standards includes all non CL-STEM-M Standards that are part of PRINCIPLES (of Destined by Essence of the Principal Systems Epigraph) such as 'Legal Vocabulary, Insurance Vocabulary, Economics Vocabulary, Case Laws, Constitutional Laws, Statutory Laws, etc. These are transformed and compared with TE (Terra Epicia).

E.g. EPIC Health Standards includes 'EPIC Healthcare STANDARDS' (7 Standards); ECDC: EPIC Classification of Diseases and Conditions, epic advancement of ICD-10/11; EAC: EPIC (Grid) Action Codes; EPC: EPIC Personality Codes (epic advancement of DSM 5); EDC: EPIC (Grid) Deficiency Codes; etc.

E.g. EPIC Health System Standards includes Regulatory STANDARDS; Regulatory STANDARDS for EH-CL: EPIC Health Continuous Learning; EH-GML: EPIC Health Graduate Learning; EHL: EPIC Health Learning; EH Licensing and Accreditation; etc. 'Learning = Education + Training'.

25. **Clinical Monographs** - [Multi Volume Set of 164 books for Providers, one monograph for each of the 144 existing specialties + 20 new specialties; another 164 for Allied Healthcare Providers] front cover layout is ready and back cover *concept* is ready, whereas back cover layout is NOT ready, Need to complete the full cover flat layouts with slight variations for each of the *Clinical SPECIALTIES* to the back covers of each book of the Multi Volume Set,

E.g. In-Person and Tele-Health Triage for Epicians and Allied Epicians - both of these are Clinical Monographs of ER, Critical Care and Primary Care Specialties.

# EPIC HEALTH™

26. **Computing, Languages and STEM Monographs** - [Multi Volume Set, > 24 books] front cover layout for Computing is ready (only Computing Organism book is ready and not *Computational Narration of the Human System* and *Computational Narration of a Health System* are not ready; use *Computing Organism* front cover as a template for front covers of other monographs in this Multi Volume Set); Science monographs include Physics, Chemistry and those of EPIC Nature,

27. **(National) Health Systems** - it is the PIPs (of EG) of all countries:

    E.g. EPIC Narration of National Health Systems - each Nation's Health System should be narrated as per EPIC Health. From this narration then one can extract EPIC National Health Metrics (EQ and Health Metrics of PIP of Consumers, Providers, and Stakeholders). This tells the status quo of Health of the Nation (far superior than WHO, Washington University in Seattle, US News & Report - types of ANEPICIAC reports). This narration and metrics then become the starting point to redeem its Health System using EPIC Health System and Terra EPICia.

    E.g. National HSR Guides - [Multi Volume Set, 193 books, one book for each country in the World Health Organization] front cover layout is ready and back cover *concept* is ready, whereas back cover layout is NOT ready, Need to complete the full cover flat layouts specific to each COUNTRY to the *front and back covers* of the books of the Multi Volume Set, [HSR - Health System Redemption, a.k.a. CPR - Care Pansystem Redemption/Remedy/Reengineering],

28. **EPIC Health Administration** - a Multi Volume Set,

    E.g. EPIC Health ADMINISTRATION includes 'Epicents Administration', 'Epigents Administration', 'Health Records Administration', 'Insurance Administration', 'Malpractice Administration', 'Regulatory Administration' (this is a very big item) and 'Ensurability Administration' (this is a very big item).

\*\*\*

**Kumar Tadi and DRCHAPS**
651 Mall Dr # 59598 Schaumburg IL 60159 USA

Case 1:19-cv-01589
SEALED

ATTACHMENT 0.19

# EPIC HEALTH ™

'Epic health for everyone' ™

October 5, 2016, Schaumburg IL

To

**H.H. Dalai Lama**
The Office of His Holiness the Dalai Lama
Thekchen Choeling
P.O. McLeod Ganj
Dharamsala
Himachal Pradesh (H.P.) 176219
**India**

ohhdl@dalailama.com

Namaste:

You jest about your extended stay as a guest in India. Aren t we all guests in this world as death is unavoidable? Shouldn t everyone be grateful to our true hosts - the earth far more so than to a political artifact such as a country, though one could delve into the merits and demerits of each one of them among comity of nations on this earth and be mindful of all of the other global guests intrinsic values (Life, Liberty, Equality and Pursuit of Happiness) and not just of humans and oneself. It is the characteristics of that journey to that inevitable end that should be the emblem of our temporal existence in this world.

It is how we live, what we live for in this world and how we alleviate the suffering of humanity and co-existing with other creatures on this planet while being allowed to stay as guests in this world does indeed define the true meaning of our life and legacy. Isn t it the essence that has been brought forth by Gautama Buddha and subsequently by Nāgārjuna by their words and deeds?

In the face of adversity and trampling of intrinsic human values across Tibet, you held your moral compass steady and saved yourself to become a gifted erudite messenger of the philosophy of compassion and understanding and the nature of alleviating human suffering of Buddha intact. It is far more than most would make of their lives.

For many of your admirers including believers, your extended stay in India is cementing a serendipitous divine allusion of preordained treading of both the spiritual and earthly foot steps of Gautama Buddha in the land Siddhartha became the Buddha.

You have talked about modern medicine in talks and in books. You might be surprised to know that it (modern medicine) could have brought more miracles of science in the last ½ century to entire humanity than it did. Most often the reason why it (modern medicine in America) strayed from the path of achieving those miracles is its shaky moral compass and not the resources or know-how available in America. If America could have produced many new medical miracles that were possible it could have improved the health of billions of people across the world including saving millions of its own. It would have been the most viable and profound achievement of alleviating human suffering on an epic scale.

# EPIC HEALTH™

'Epic health for everyone' ™

We want to bring those possibilities to the humanity in a decade and we would request you to be the secular ethical voice of an eminent group (called Epic Health Leadership and Council) that would be bringing these profound improvements in health odysseys and outcomes in America and to humanity across the world. This health endeavor has potential to bring succor to remote corners of the world and even to Tibetans living in Himalayas. It is our firm conviction that not only humanity s hope of improved succor from health ailments would be strengthened by your joining of Epic Health Leadership Council but its reprieve could be speeded up as well.

We are bringing together an august company of leaders from medicine, sciences, engineering and great humanitarians as part of Epic Health Leadership and Council to bring more miracles to humanity within a decade. It will be a great honor if you could accept our invitation to be part of this leadership council to bring ethical leadership to health systems of the world starting with American health system. Within Epic Health Leadership Council, leader of ethics will be the overall guiding compass of what other leadership does to realize (Siddhartha) the potential of better health odysseys and outcomes.

In our understanding it will be far more beneficial to humanity, in accord with the preaching of Gautama Buddha and appropriately a more sublime role in your exemplary life in this world.

Current health campaigns (in less than a few months) will be known to the entire government of America at the highest levels covering legislators, executives and judges at federal, state, county and municipal levels that are responsible for the epic realization of the intrinsic human values in health (these people will include the President, Governors of all states and various top level executives of health units), every physician and hospital in the country and many other top leaders of health system related entities. Many top captains of American Health System and at least a million consumers will be part of this health campaign. The participants will be subsequently enlarged to include others.

We have enclosed a couple of letters A Few Good Men and Practical Highlights of EHLC with this cover letter.

With prayers for the welfare of all,

S C Soni, MD
Vijay Patel, MD
Sriram Sonty, MD
Shamkath Sheth, DDS
M S Kapadia, MD
CHAPS Foundation and MEDIEXPR

p.s. Please contact our EHLC Coordinator with any questions, at the contact information available in the Practical Highlights of EHLC.

\*\*\*

BOOK SYNOPSIS – CONSUMER HEALTH GUIDE     ATTACHMENT 1     Case # 1:19-cv-01589
*SEALED*

# EPIC HEALTH™

'Epic health for everyone' ™

## Consumer Health Guide: On Epic Health, Living and Healing by Kumār Tādi[1]



**ISBN**:

ISBN-13: 978-0-989-64229-3 (Paperback)
ISBN-13: 978-0-989-64228-6 (Hardback)
Published: *Tentative* March 15, 2018 by DRCHAPS
Price: $88.50 (Paperback), $94.50 (Hardback)



DRCHAPS books will be available on DRCHAPS.ORG, AMAZON.COM and BN.COM and also through Health Redemption and EPIC HOPE campaigns.

## Book Synopsis (for Consumers)

Consumer's or a country's health should be measured by *health odysseys and outcomes* (HO&O) in a health system and compare them with the metrics of *best possible health odysseys and outcomes* from all the available human and health systems scientiae. For example, existing health systems have totally omitted health odysseys! Only such comprehensive comparison gives the true picture of health metrics for a Consumer, a provider's or stakeholder's health quotient metrics and *a national health and health quotient metrics*. Most importantly the HO&O should be ensurable for Consumers, Providers, Stakeholders and the Country in a very simple solution.

This true picture of *health odysseys and outcomes* of Americans and even countries that have national health insurance plans are not where they really should or could have been and this unfortunate pattern of *avoidable health systems deficiencies* goes back for more than half a century. The consequences of those avoidable maladies in that ½ a century in America are millions of early deaths, millions of medical bankruptcies, tens of millions without healthcare and tens of millions of *other health, financial and livelihood harms (every year!)* and very slow progress in medical discoveries and innovations, complexity of healthcare transactions and literally hundreds of other maladies afflicting the system. These avoidable maladies of health systems are called anepicia. This anepicia has been continuously and reprehensively present for more than *½ a century* even in the best of the best components of the entire American health system.

Eliminating avoidable maladies, simplification and streamlining of health and healthcare for Consumers (and similar advantages to Providers and Stakeholders) while producing great advances in health and for all health systems and yet *personalize the health to individual needs and wants* and *ensuring truly ever great* HO&O is inherently extremely complex, unbelievably monumental and an incredibly unchartered territory for the uninitiated not just in medicine and STEM but in the entire scientiae. That solution is EPIC Health.

This book is a Consumer level introductory exposé on EPIC Health suitable for consumers, providers and stakeholders of any health system[2]. These great HO&O can now be *initiated and ensured* in US health system[3]. EPIgraph Compliant Health is EPIC Health.

## Caveat lector

**EPI**graph **C**ompliant **Health** is **EPIC** Health. It has no relationship with other 'epic' name sake health products and/or services prevalent in health systems across the world. A sample text logo of EPIC Health in its most simplistic form is indicated in the header of this document and another version of 'Helicon H' text logo (CHAPS) and EPIC Health picture logo are indicated on the book cover.

**Brief biography of the author:** Kumār Tādi is a computing engineer with about 3½ decades of experience. He and many others have been on an epic quest for many years to find solutions to participants' health odysseys and outcomes in American and world's health systems. He is primarily involved as a Medical Reporter/Rapporteur to *the participants and leadership of US and* world's *health systems*.

**Intellectual Properties and Copyrights Notice:** Books covers and their contents usually contain many unique Intellectual Properties and features of EPIC. Intellectual properties (Patents, Trademarks, Copyrights, etc.) associated with EPIC including its books and this synopsis are owned and protected by (1997 - 2019) Kumār Tādi and DRCHAPS. ***

---

[1] Excerpts from the book are used in this synopsis and its IPs (Intellectual Properties) including Copyrights are protected.
[2] A set of *essential customizations* adopted by a country's health system will be an integral part of EPIC Health applicable in that country.
[3] EPIC Health Awareness, a companion handy reference to initiate and ensure epic HO&O now in the USA health system.

US District Court for the Northern District of Illinois

List of Books and 'Books Covers Designs' and Banner       ATTACHMENT 2                Case # 1: 19- CV- 01589
                                                                                              *SEALED*

# ATTACHMENT 2 – LIST OF BOOKS

## And Books Covers Designs and Banner

Important:  Book Covers Designs that are lost during July – August 2018 incidents in BH.

### 1. **List of Books –**

This was the list of books with their front covers (for core books) and generic covers appropriate for each book set (for book sets) were printed as 8' x 10' banner in early 2018.  Books 1, 2, 3, 4, 5 and 9 were print ready by the beginning of year 2018 and the rest of the books (from both Core Books and Books Sets) have moderate to substantial content been completed and their writing is an on-going effort. NOTE: Only the main titles of the Books have been indicated and subtitles are omitted.

A. **CORE BOOKS** – The current list of Core Books will be updated to include many more books that are usable by different types of readers in each of the book series (EPIC Series = EPIC Health Series + EPIC Life Series + EPIC Nature Series;).

1. Consumer Health Guide
2. EPIC Health Awareness
3. EPIC Universe Compendium
4. EPIC Health Ethics
5. ANEPICIA Dictionary
6. EPIC Health: Provider's Guide
7. EPIC Health: Malpractice Insurance
8. EPIC Prescience
9. Nature of NEWS
10. EPIC Value of Life
11. **EPIC Quotient**
12. Terra EPICIA
13. EPIC Tale of Time
14. Anepicia Tales [Multi Volume Set, 6 books]
15. Illuminating Light
16. Syntax of Nature
17. Essential Health Literacy
18. EPIC HOPE
19. Health Redemption Challenge
20. EPIC Health PRICE

B. **BOOKS SETS** – Each Book Set includes from a few books to more than 200 hundred books. Bulk of the work by Supplier will be in these book sets.

21. **EPIC Health System** - Each sub system within Terra EPICIA, global health systems and especially that of USA Health System described as a separate book. It is a 10 book set (per ORGANICISM of the Epigraphs).

22. **EPIC Vocabulary** – EPIC Health Vocabulary, EPIC generic vocabulary including neologisms, Scientific Vocabulary (especially Physics, Chemistry, Technology, Engineering and Mathematics), Medical Vocabulary (and possibly even ANEPICIA Dictionary): all of them built per naturalized perfection. A multi volume Dictionary Set.

23. **EPIC Human** – [Multi Volume Set of more than 200 books for Providers and Researchers, one monograph for each of the cell types and others for the whole human system]

24. **EPIC Health and System Standards** –

E.g. EPIC Standards includes 'EPIC Truth', 'EPIC Health Metrics', 'EPIC Health System Metrics' and 'EPIC Quotient'.

E.g. EPIC CL-STEM Standards includes 'EPIC Computing STANDARDS' (EPICent Trust, previously called InfoTrust), EPIGent Trust, 'EPIC Linguistic Standards' (NaMes, EPIC Compliant Grammar, etc.), EPIC STEM Standards (standards in Sciences, Technology, Engineering and Mathematics) (list them that are immediately useful in Health and those that are good moving ahead the path of EPIC into 22nd century)

E.g. EPIC Essence Standards includes all non CL-STEM-M Standards that are part of PRINCIPLES (of Destined by Essence of the Principal Systems Epigraph) such as 'Legal Vocabulary, Insurance Vocabulary, Economics Vocabulary, Case Laws, Constitutional Laws, Statutory Laws, etc. These are transformed and compared with TE (Terra Epicia).

E.g. EPIC Health Standards includes 'EPIC Healthcare STANDARDS' (7 Standards); ECDC: EPIC Classification of Diseases and Conditions, epic advancement of ICD-10/11; EAC: EPIC (Grid) Action Codes; EPC: EPIC Personality Codes (epic advancement of DSM 5); EDC: EPIC (Grid) Deficiency Codes; etc.

E.g. EPIC Health System Standards includes Regulatory STANDARDS; Regulatory STANDARDS for EH-CL: EPIC Health Continuous Learning; EH-GML: EPIC Health Graduate Learning; EHL: EPIC Health Learning; EH Licensing and Accreditation; etc. 'Learning = Education + Training'.

25. **Clinical Monographs** – [Multi Volume Set of 164 books for Providers, one monograph for each of the 144 existing specialties + 20 new specialties; another 164 for Allied Healthcare Providers] front cover layout is ready and back cover *concept* is ready, whereas back cover layout is NOT ready, Need to complete the full cover flat layouts with slight variations for each of the *Clinical SPECIALTIES* to the back covers of each book of the Multi Volume Set,

E.g. In-Person and Tele-Health Triage for Epicians and Allied Epicians - both of these are Clinical Monographs of ER, Critical Care and Primary Care Specialties.

26. **Computing, Languages and STEM Monographs** – [Multi Volume Set, > 24 books] front cover layout for Computing is ready (only Computing Organism book is ready and not *Computational Narration of the Human System* and *Computational Narration of a Health System* are not ready; use *Computing Organism* front cover as a template for front covers of other monographs in this Multi Volume Set); Science monographs include Physics, Chemistry and those of EPIC Nature,

27. **(National) Health Systems** – it is the PIPs (of EG) of all countries:

E.g. EPIC Narration of National Health Systems - each Nation's Health System should be narrated as per EPIC Health. From this narration then one can extract EPIC National Health Metrics (EQ and Health Metrics of PIP of Consumers, Providers, and Stakeholders). This tells the status quo of Health of the Nation (far superior than WHO, Washington University in Seattle, US News & Report - types of ANEPICIAC reports). This narration and metrics then become the starting point to redeem its Health System using EPIC Health System and Terra EPICia.

E.g. National HSR Guides - [Multi Volume Set, 193 books, one book for each country in the World Health Organization] front cover layout is ready and back cover *concept* is ready, whereas back cover layout is NOT ready, Need to complete the full cover flat layouts specific to each COUNTRY to the *front and back covers* of the books of the Multi Volume Set, [HSR - Health System Redemption, a.k.a. CPR - Care Pansystem Redemption/Remedy/Reengineering],

28. **EPIC Health Administration** – a Multi Volume Set,

E.g. EPIC Health ADMINISTRATION includes 'Epicents Administration', '**Epigents Administration**', 'Health Records Administration', 'Insurance Administration', 'Malpractice Administration', 'Regulatory Administration' (this is a very big item) and 'Ensurability Administration' (this is a very big item).

US District Court for the Northern District of Illinois

List of Books and 'Books Covers Designs' and Banner       ATTACHMENT 2       Case # 1:19-cv-01589
                                                                                          *SEALED*

# ATTACHMENT 2 – LIST OF BOOKS

## And Books Covers Designs and Banner

Important:  Book Covers Designs that are lost during July – August 2018 incidents in BH.

1. **List of Books –**

    This was the list of books with their front covers (for core books) and generic covers appropriate for each book set (for book sets) were printed as 8' x 10' banner in early 2018.  Books 1, 2, 3, 4, 5 and 9 were print ready by the beginning of year 2018 and the rest of the books (from both Core Books and Books Sets) have moderate to substantial content been completed and their writing is an on-going effort. NOTE: Only the main titles of the Books have been indicated and subtitles are omitted.

    A. **CORE BOOKS** – The current list of Core Books will be updated to include many more books that are usable by different types of readers in each of the book series (EPIC Series = EPIC Health Series + EPIC Life Series + EPIC Nature Series;).

        1. Consumer Health Guide

        2. EPIC Health Awareness

        3. EPIC Universe Compendium

        4. EPIC Health Ethics

        5. ANEPICIA Dictionary

        6. EPIC Health: Provider's Guide

        7. EPIC Health: Malpractice Insurance

        8. EPIC Prescience

        9. Nature of NEWS

        10. EPIC Value of Life

        11. **EPIC Quotient**

        12. Terra EPICIA

        13. EPIC Tale of Time

        14. Anepicia Tales [Multi Volume Set, 6 books]

        15. Illuminating Light

        16. Syntax of Nature

        17. Essential Health Literacy

        18. EPIC HOPE

        19. Health Redemption Challenge

        20. EPIC Health PRICE

    B. **BOOKS SETS** – Each Book Set includes from a few books to more than 200 hundred books. Bulk of the work by Supplier will be in these book sets.

        21. **EPIC Health System** – Each sub system within Terra EPICIA, global health systems and especially that of USA Health System described as a separate book. It is a 10 book set (per ORGANICISM of the Epigraphs).

US District Court for the Northern District of Illinois

List of Books and 'Books Covers Designs' and Banner       ATTACHMENT 2                    Case #

22. **EPIC Vocabulary** – EPIC Health Vocabulary, EPIC generic vocabulary including neologisms, Scientific Vocabulary (especially Physics, Chemistry, Technology, Engineering and Mathematics), Medical Vocabulary (and possibly even ANEPICIA Dictionary): all of them built per naturalized perfection. A multi volume Dictionary Set.

23. **EPIC Human** – [Multi Volume Set of more than 200 books for Providers and Researchers, one monograph for each of the cell types and others for the whole human system]

24. **EPIC Health and System Standards** –

E.g. EPIC Standards includes 'EPIC Truth', 'EPIC Health Metrics', 'EPIC Health System Metrics' and 'EPIC Quotient'.

E.g. EPIC CL-STEM Standards includes 'EPIC Computing STANDARDS' (EPICent Trust, previously called InfoTrust), EPIGent Trust, 'EPIC Linguistic Standards' (NaMes, EPIC Compliant Grammar, etc.), EPIC STEM Standards (standards in Sciences, Technology, Engineering and Mathematics) (list them that are immediately useful in Health and those that are good moving ahead the path of EPIC into 22nd century)

E.g. EPIC Essence Standards includes all non CL-STEM-M Standards that are part of PRINCIPLES (of Destined by Essence of the Principal Systems Epigraph) such as 'Legal Vocabulary, Insurance Vocabulary, Economics Vocabulary, Case Laws, Constitutional Laws, Statutory Laws, etc. These are transformed and compared with TE (Terra Epicia).

E.g. EPIC Health Standards includes 'EPIC Healthcare STANDARDS' (7 Standards); ECDC: EPIC Classification of Diseases and Conditions, epic advancement of ICD-10/11; EAC: EPIC (Grid) Action Codes; EPC: EPIC Personality Codes (epic advancement of DSM 5); EDC: EPIC (Grid) Deficiency Codes; etc.

E.g. EPIC Health System Standards includes Regulatory STANDARDS; Regulatory STANDARDS for EH-CL: EPIC Health Continuous Learning; EH-GML: EPIC Health Graduate Learning; EHL: EPIC Health Learning; EH Licensing and Accreditation; etc. 'Learning = Education + Training'.

25. **Clinical Monographs** – [Multi Volume Set of 164 books for Providers, one monograph for each of the 144 existing specialties + 20 new specialties; another 164 for Allied Healthcare Providers] front cover layout is ready and back cover *concept* is ready, whereas back cover layout is NOT ready, Need to complete the full cover flat layouts with slight variations for each of the *Clinical SPECIALTIES* to the back covers of each book of the Multi Volume Set,

E.g. In-Person and Tele-Health Triage for Epicians and Allied Epicians – both of these are Clinical Monographs of ER, Critical Care and Primary Care Specialties.

26. **Computing, Languages and STEM Monographs** – [Multi Volume Set, > 24 books] front cover layout for Computing is ready (only Computing Organism book is ready and not *Computational Narration of the Human System* and *Computational Narration of a Health System* are not ready; use *Computing Organism* front cover as a template for front covers of other monographs in this Multi Volume Set); Science monographs include Physics, Chemistry and those of EPIC Nature,

27. **(National) Health Systems** – it is the PIPs (of EG) of all countries:

E.g. EPIC Narration of National Health Systems – each Nation's Health System should be narrated as per EPIC Health. From this narration then one can extract EPIC National Health Metrics (EQ and Health Metrics of PIP of Consumers, Providers, and Stakeholders). This tells the status quo of Health of the Nation (far superior than WHO, Washington University in Seattle, US News & Report – types of ANEPICIAC reports). This narration and metrics then become the starting point to redeem its Health System using EPIC Health System and Terra EPICia.

E.g. National HSR Guides – [Multi Volume Set, 193 books, one book for each country in the World Health Organization] front cover layout is ready and back cover *concept* is ready, whereas back cover layout is NOT ready, Need to complete the full cover flat layouts specific to each COUNTRY to the *front and back covers* of the books of the Multi Volume Set, [HSR – Health System Redemption, a.k.a. CPR – Care Pansystem Redemption/Remedy/Reengineering],

28. **EPIC Health Administration** – a Multi Volume Set,

E.g. EPIC Health ADMINISTRATION includes 'Epicents Administration', '**Epigents Administration**', 'Health Records Administration', 'Insurance Administration', 'Malpractice Administration', 'Regulatory Administration' (this is a very big item) and 'Ensurability Administration' (this is a very big item).

## ATTACHMENT 3 – PLAINTIFFS LOSSES

### And Human Harms

Important:  Most severely disrupting and damaging incidents occurred during July – August 2018 incidents in Plaintiffs residence.

Plaintiffs suffered these losses from several acts and incidents caused and/or perpetrated by several individuals and entities over a period of three years. Most severely disrupting and severely damaging incidents occurred during July – August 2018. It involved flooding of water from above floors (mainly unit 3M and unit 6M of Bar Harbour condominium (BH) into Plaintiffs unit 2M. Unit 3M is directly above unit 3M in the condominium.  BH Condominium is a residential building.

Comprehensive list of damaged items has been provided to Insurance Carrier and it will be appropriately updated to reflect all the damages.  All of the information files in electronic storage media became inaccessible after the incidents and computers were burned out.

In addition to the above there was extensive property damage to electrical circuits in multiple rooms (which essentially burned the computing machines and electronic storage devices containing extremely valuable information); severely damaged heating, air circulation, water heater and other residential equipments; plumbing in the kitchen, equipment rook and bathrooms; severe damage to drywalls, bathrooms, tiles, carpets, expensive dresses, books, and other household properties.

[The following list is not a comprehensive one but mentioned just to indicate the major losses and harms and the extent of these major flooding induced damages].

1.  Plaintiffs Losses –

 A.  BOOKS – These following numbers are <u>very conservative</u> preliminary estimates of the money losses suffered by the Plaintiffs 1 and 2.

   Detailed estimates will be provided in the coming months after the current crises associated with the RELIEF ITEMS (RELIEF ITEMS are indicated in the Main Case Document) are take care of in a meaningful and just legal way that contains the past, on-going and future losses and harms.

  Our planned book prices which are based on extensive market study, estimates of number of books that will be sold each year to individuals; number of books that will sold in the first $1 - 2$ years to libraries, universities and colleges, medical entities; the true value of these books to health systems' participants compared to all the other existing books and learning and other very pertinent criteria of sales of such items. Some of these books are expected to win major book awards per people who have knowledge of these books, which will increase their sales potential dramatically and besides these books also have a very large useful life exceeding 10 years before major revisions are included and has a shelf life (with revised editions) of more than 50 years.

  1. Loss of revenue from 'Consumer Health Guide' and 'EPIC Health Awareness' from 2018 launch till 2019 year end – from $10,000,000 to more than $25,000,000

  2. Loss of additional cumulative revenue of 'Consumer Health Guide' and 'EPIC Health Awareness' from year 2020 to 2030 that would have been more than $250,000,000 (this is the revenue

US District Court for the Northern District of Illinois

that would have been made up to year 2030 had the books been released in 2018 instead of now struggling to find the print ready books on electronic media and get the books released sometime in 2019 after filing the PCT applications for the Patents, Trademarks, etc.).

3. Loss of Revenue from 'EPIC Universe Compendium', 'EPIC Health Ethics', 'ANEPICIA Dictionary', 'Nature of NEWS' could far exceed $10,000,000

4. Loss of additional cumulative revenue of all the books from the book list up to year 2030 (using above 2 loss calculation modeling) could be far more than $1 Billion. There are costs of electronic file retrievals, organization of files as per books and other highly valuable information could cost the Plaintiffs more than several man years by high pay staff.

B. BOOKS COVERS – Book Covers also have several design and utility patents related to book series they represent, book titles (some times) have EPIC answers to the content (e.g. Mathematics), trade mark designs (for different series of the books) These following numbers are very conservative preliminary estimates of the money losses suffered by the Plaintiffs 1 and 2.

5. Cost of re-creating Book Cover Designs for the books listed in ATTACHMENT 2 (those printed on the 8' x 10' banner and full covers of print ready books) could be – from $45,000 to more than $65,000

C. PLAINTIFFS OBLIGATIONS TO CONTRIBUTORS AND THE HUMANITY – Value of the Intellectual Properties (IPs) and other contributions (monetary, administrative, etc.) made by several scores of people from Chicagoland, entire USA and many parts of the world to items held in the custody of the Plaintiffs (in addition to the IPs created by the Plaintiffs over the years) based on individual contributions is obligated to many individuals, their families and others and also as per the intents and wishes of many also to the entire Humanity. This is and has been truly very invaluable from monetary perspective to Plaintiffs, Contributors and for human lives (Plaintiffs with the help of others will present its value in due course).

D. INTELLECTUAL PROPERTIES (OTHER THAN COPYRIGHTS) TO CONTRIBUTORS AND THE HUMANITY – Our preliminary estimates indicate the Intellectual Properties (IPs) – 'Design Patents, Utility Patents, Trade Marks and Service Marks and others (other than Copyrights)' could be far more than $10s of Billions in the first 10 years of (from end of 2018 till 2030) launch of the initial health books and filing of Provisional Patents. Subsequently it could be a beacon of healthy hope for entire humanity for generations to come in Medicine, STEM and others. The IPs have a potential to revolutionize entire educational systems from Kindergarten to Post Doctoral Studies in all subjects and not just Medicine.

## 2. Human Harms –

The value of the Intellectual Properties (IPs) to the entire humanity can be broadly summarized here and Plaintiffs have included one specific item (E911) to exemplify the invaluableness to humanity. There are many other highly innovative specific programs in addition to E911. Many of these will be available through EPIC HOPE and Health Redemption (RELIEF ITEM ) and its data and other information will part of books and reports (see ATTACHMENT 2).

E. These IPs can potentially prevent at least one person from dying premature death every five minutes (or more than 100,000 lives annually) because of ANEPICIA (avoidable maladies of a health system) every year for the first 10 years in USA then at lower rates in subsequent years.

US District Court for the Northern District of Illinois

F.  These IPs can potentially prevent at least twenty persons from harming unnecessarily every one minute (or more than 10,000,000 lives annually) because of ANEPICIA (avoidable maladies of a health system) every year for the first 10 years in USA then at lower rates in subsequent years.

G.  Globally the number of human lives saved from death and other health harms will be at least TEN TIMES more than those in USA.

H.  EPIC 911 or E911 – where certain technologies will automatically call the 911 at least a few minutes before the cardiac or neurological incident occurs (involves many IPs from EPIC to this solution) this can drastically reduce cardiac deaths and stroke deaths and also dramatically reduce related harms (currently more than 200 million people live alone in USA; who will call 911 when they have massive cardiac arrest or stroke? NONE. Plaintiffs know several deaths from such incidents and dead people's ages range from 20s to octogenarians).

***

US District Court for the Northern District of Illinois

## ATTACHMENT 4 – RETALIATION BY VILLAGE OF SCHAUMBURG LIBRARY STAFF and Its Clique

[The following is the "Police Complaint against Schaumburg Library Staff'' submitted to the Schaumburg Police, who refused to acknowledge receipt of this complaint!]

Schaumburg
February 5, 2019

To
Police Department
Village of Schaumburg
1000 W Schaumburg Rd
Schaumburg IL 60194

Reg.: (Potential) Threats to Life and Limb, Property and other serious Harms repeatedly and intentionally inflicted upon the Victim (the undersigned) by Schaumburg Library Staff and others.

Hello Sir/Madam:

Summary of Complaint: Schaumburg Library Staff during the past more than THREE years have repeatedly and intentionally abused me whenever I have questioned the falsity of the statements, claims and other assertions made by the Library and its staff related to the library services (e.g. returning of books or other items, etc.) in the course of rightful, peaceful and honorable usage of Library by me and my wife.

A preliminary complaint about the above has been sent to the Senior Management Staff. We are requesting the following items with appropriate completeness and thorough objectivity (to uphold truth, and equally everyone's rights and responsibilities). Once we receive these below indicated items then we would like to request mutually convenient date to seek just outcome.

1. 'I, my family and all others who are depending on my well being' are requesting the names and full legal Id information of these following individuals identified as Perpetrators 1 to 6.

2. We are also requesting the video and audio from library for the following dates and times, (i) December 12, 2018 around 3:20 pm till 3:45 pm from Checkout counters, (ii) December 20, 2018 around 2:00 pm till 7:00 pm from registration counters and reception desk area.

3. We are requesting (i) the full written Complaint of the Schaumburg Library against the undersigned and (ii) the full Police Investigation Report (for the Complaint of the Library).

4. We are requesting library software evidence (data files with appropriate authentication of its truthfulness, such authentication preferably by a third party) related to a book where

US District Court for the Northern District of Illinois

Retaliation by Village of Schaumburg
Library Staff and its Clique ATTACHMENT 4 Case # 1:19-CV-01589 *SEALED*

Library and its staff claimed that the book "The Testing Charade: pretending to make schools better" by Daniel M Kortez was not returned though it was returned on December 12, 2018 afternoon at the Library check out counter.

The following specific individuals have repeatedly threatened, used intimidating, potentially physically harming and other potentially harmful modus operandi against me simply 'for questioning their falsity and for seeking and/or stating the truth'. I can identify these and other individuals not indicated below (but related to our complaint) in a line up or with other appropriate legal identification mechanisms.

**Perpetrator 1**    White male, medium height, slim, early to mid thirties; usually very arrogant, claims he is the only truth and he is always right, only he decides at his whim what is important for others even when he accuses and when I questioned his statements then he uses other library staff to harm library patrons (he made these statements and acted in these ways many times after misuse/disuse/abuse by library of 'data and other information' pertaining to 'library transactions and library accounts' of the undersigned and his family).

**Perpetrator 2**    Black female, obnoxiously mocking while trying to talk logically and factually with her; very demeaning and harmful to patrons who insist on truth and honesty from library staff

**Perpetrator 3**    Hispanic female, she asserted every time when I was at the checkout counter (serviced by her) that every library staff is always true (irrespective of whatever they say even when evidence is right in front of them being blatantly untruthful or lying!) and the other party (who is NOT a library staff) is the liar.

**Perpetrator 4**    White male, medium height and built, middle aged who took the book (Item 4 above) from me at a Check out counter on December 12, 2018

**Perpetrator 5**    White male, short, hunch back, most obnoxious and most (potently) harmful, always arrogantly threatening, usually wears blue shirt;

**Perpetrators 6**    Library Management, we are requesting the Schaumburg Police to identify their names, legal Ids and descriptions responsible for the patently false Complaint by the Library against the undersigned.

Sincerely,

Kumar Tadi
(for Kumar Tadi & Vandana Jhingan)
651 Mall Dr # 59598
Schaumburg IL 60173
(the above is mailing address only)
Phone: 847-867-1880 (use only if urgent and important; clearly identify caller and purpose)

***

Case # 1:19-cv-01589 *SEALED*

ATTACHMENT 5



**EPIC HEALTH**™

'Epic health for everyone' ™

**June 20, 2013**

## IMPROVING A NATION'S HEALTH

Through epic improvements in Consumers Health, Providers Outcomes

And enhancement of a Nation's Economic Health

### Elephantine Problems

Our whopping national debt (approx. $16.8 trillion in April 2013) and perennial deficits ($901 billion for fiscal year 2013, OMB Report) not supported by suitable revenues and exacerbated by operational inefficiencies are common knowledge of every (socially literate) citizen. External (bonds purchased by China or others) and internal borrowing (printing money) without sustainable and true value creation has pain for everyone (a debt of approx. $55,282 per every legal resident of this country plus lost jobs, cost increases, etc.) easily lasting for a long time. This means an economic drag for a long time and uncertain future for most of the citizens since the great depression.

Significant portion (in year 2011, $2.7 trillion of $14.9 trillion GDP or 17.9% of it) of this national economic burden is coming directly from 'how and what' healthcare is delivered throughout the country. The indirect cost of this burden – (i) lost productivity and revenue from ineffective healthcare, (ii) lost revenue from reduced life expectancy of patients, (iii) lost economic value had a portion of this national health cost was used in other productive ventures and nation building – is equally significant (far greater than $100 billion)[4].

The United States spent $8233 per capita on health in 2010, *two-and-a-half times more money* than the OECD average of $3268 (adjusted for purchasing power parity) and yet US residents have *a lesser life expectancy of 3.3 years* (*in many other health measures* US fares poorly!).

It is very easy to see from the means (funding, science, technology) available during the last four decades for comprehensive qualitative improvements in healthcare delivery (from early 1970s, a landmark period in USA health system history) the cumulative excess money that USA has spent (for the entire population, compared to average amounts spent by OECD countries and adjusted for CPI) far exceeds a whopping $20 trillion and the consumers gained nothing for it! This fact is mentioned not to sensationalize but to bring the elephant herds (a.k.a. health system) that have been running amuck in the national economy.

This economic burden is impacting more than 2/3 of the households in the country in – (i) the amount of disposable incomes, (ii) quality of life years of the members of the households (even those who are not sick!) and (iii) many other personal health and economic measures in addition to the national loss[4].

### Failed, under performing and Missing Keystones of Health System

Improving a Nation's Health      **MEDIEXPR**
P O Box 59598 Schaumburg IL 60159 USA
info@mediexpr.com 847-871-1000      Page 1 of 4

# EPIC HEALTH™

There are many fundamental elements of USA health system that need dramatic improvements or complete redesign from ground up along with introduction of new paradigms to existing ones[4].

Proponents of Epic Health have analyzed all the key elements of US health system and realized that almost every one of them could be improved to a large degree. More then three dozen major elements of the health system could be improved substantially.

Three such major elements are singled out for a succinct discussion below. Congressional leaders, regulators and other stakeholders at helm of the health system helm can alter its course and that of the economic and health destiny of the population and the country by providing a nominal legislative, regulatory and other impetus and genuine encouragement to grass roots actions across the nation.

### Healthcare quality improvement – (totally failed)

Healthcare quality has been overseen by many organizations within the government (53 QIOs – Quality Improvement Organizations and more than 50 EQROs – External Quality Review Organizations and more than 250 ACOs – Accountable Care Organizations, a reincarnated PGPD Physician Group Practice Demonstration and others such as AHRQ, CDC, IOM, NIH, etc.).

Government spends more than $300 million per year on QIOs alone (in 2011) and many of them have been around for more than 30 years across the nation. Though they receive tax dollars, they have virtually nothing worthwhile or credible to show for healthcare quality improvement. These organizations along with CMS are extremely secretive about almost everything including awarding non-competitive contract awards when they should have been transparent and accountable. They do not conform to any notion of how quality is measured and improved for an individual, healthcare provider or the health system!

It is certainly a misnomer to call these entities QIOs. It is nothing short of legalized robbery and deception of the nation.

[EQROs did not achieve what could have been possible. Based on the fundamentals driving ACOs, (their results will come out by this summer), though they are heading in the right direction they would not be able to accomplish what is truly needed for the cure of the health system.]

### Health centers for underserved – (under performing)

Federally Qualified Health Centers (FQHC) and similar organizations (community health centers) are on social responsibility end of country's health system offering healthcare access to underserved population. They are doing considerably better services compared to other healthcare provider entities. The number of people they have served (~ 20.2 million people) **within** the amount of money spent ($654 per patient) during 2011 can be used to improve the current patient volume and equally quality of health services to **at least 125%** (of current

Improving a Nation's Health     **MEDIEXPR**
P O Box 59598 Schaumburg IL 60159 USA
info@mediexpr.com 847-871-1000     Page 2 of 4

Case# 1:19-CV-01589 *SEALED*

# EPIC HEALTH™

'Epic health for everyone' ™

values) with suitable tools and mechanisms.

It means the same dollar amounts can be used to provide better healthcare and at least to **an additional 5 million people** in these underserved areas where it is direly needed.

### Comprehensive health literacy – (missing)

Near ubiquitous presence of smart phones, internet, and other technologies have presented opportunities for far better and comprehensive health literacy (not just 'how to fill Insurance Forms applicable to Affordable Care Act') but that includes – "learn, live hale & hearty and heal the best possible way"[4] so that the entire country can far exceed the goals of Healthy 2020.

This needs to be accomplished at every school in school district and library / church / community center in all towns across the nation.

### The Cure

This ignominious status quo could be changed forever through a modicum of appropriate 'oversight, transparency, legislative and regulatory leadership' by transforming these entities into scientific, transparent, accountable and lasting archetypical models.

About 25,000 healthcare providers (covering the entire health system) can offer a quick model, metrics and proof (that is far better than QIOs, ACOs, etc.) within 2 - 2½ years that can be easily replicated by the entire health system.

The nation can easily **save several hundred billion dollars per year** while improving consumers' health and healthcare, providers' outcomes and the nation's economy. This is what the country needs and can easily solve the current budget impasse especially in healthcare entitlements. [How to achieve this transformation using appropriate solutions can be detailed by the authors.]

References:
1. National Economic and Health Data – multiple government sources
2. Several reports by Institute of Medicine
3. OECD Reports - multiple reports
4. 'Consumer Health Guide – Epic Health, Living and Healing' by Kumar Tadi (excerpts from this and other up coming books in EPIC Health Series are used in this letter)
5. ANSI and ISO Quality Standards

Authors contact info:

K Tadi, B T Shahani, MD, PhD, MBA, M S Kapadia, MD, S C Tippins, PhD, et al.
P O Box 59598
Schaumburg IL 60159
**847-871-1000**
info@mediexpr.com

Improving a Nation's Health          **MEDIEXPR**
P O Box 59598  Schaumburg IL  60159  USA
info@mediexpr.com   847-871-1000                    Page 3 of 4

# EPIC HEALTH™

'Epic health for everyone' ™

Please contact *Kumar Tadi*, the lead author of this paper for further information, reference list or proposed solutions.

\*\*\*

Case# 1:19-cv-01589 * SEALED *

 **EPIC HEALTH**™

AT Attachment ©

'Epic health for everyone' ™

## EPIC HOPE

Unequivocal humane need and an opportunity and a promise of its humanistic fulfillment[1]

July 10th 2016

> But I have promises to keep, and miles to go before I sleep. – Robert Frost (a poet)

There are many serious and chronic problems for almost half a century across the entire American health system and equally great opportunities exist for overcoming those problems including making dramatic improvements. It is time to improve health in a fundamental and systemic way across America and around the world so that enduring and enviable healthy odysseys and outcomes can make room for life's dreams. That is an unequivocal humane need and both an opportunity for and a promise of its humanistic fulfillment.

Life's struggles should be far less trying just to have and maintain a healthy life than the current health system in USA offers each one of us. Only then any one can expect to have more room for life's dreams. Having and maintaining healthy life is nothing but realization of the best *health odysseys and outcomes* through a health system. If each one of us can have the most enduring and the best health odysseys and outcomes only then it can be considered truly epic. With such epic health odysseys and outcomes every one can truly hope for life's dreams. Such a hope is what the EPIC HOPE is all about and the likes of it has never seen by humanity in any health system. It is worth striving for by everyone in the country and it is plausible to set a trajectory of such a hope in a decade that can last beyond a century.

For this nation it is a challenge that is within its reach to place all of its residents on an enduring trajectory of *epic health odysseys and outcomes* within a decade.

EPIC HOPE is all about details, an epic solution that has empowerment and reaching the goals and fully knowing 'what, why, how, when, where, which and who' of (i) the humane need and (ii) the opportunity for and (iii) a promise of its humanistic fulfillment. It is equally applicable, useful and needed for all participants of a health system whether they are Consumers, Providers, Stakeholders or their respective Communities. These are the fundamental differences between EPIC HOPE and everything else out there in US and other health systems.

We can bring you thorough awareness, initiate and have some one walk with you to realize EPIC HOPE. Are you ready for the *epic odyssey and outcomes of your health*?

Like **Frost**'s promise, every one should give their word and act for the realization of *awareness* and *initiation* of EPIC HOPE and in setting of an enduring trajectory in a decade that can last more than a century. Within a decade (by year 2026) this **EPIC HOPE** could be brought to the world for the benefit of entire humanity. That will be a true American leadership and legacy.

Hoping for your word and deeds,

**KUMAR TADI**
(DRCHAPS)

\*\*\*

---

[1] Excerpts from the book Consumer Health Guide: On Epic Health, Living and Healing by Kumār Tādi are used in this article.

Case # : 1:19-cv-01589 * SEALED *

# EPIC HEALTH™

Attachment ①

'Epic health for everyone' ™

## A FEW GOOD MEN
### Coming Together For
### Epic Health Leadership

July 30 2016, Schaumburg IL

It has been a century since the start of the calamitous human tragedies[1], wars and fabulous achievements. In the last 4 ½ decades of this eventful century[2] American Health System faltered significantly through many missteps resulting in, just to name a few, putting millions of countrymen to early graves, painful ordeals in getting care and healthcare induced financial bankruptcies all the while it took trillions of dollars of excess money[3] compared to other nations which produced better health outcomes. During the same period the health system produced amazing advancements in medicine but it never realized the full potential of its time. This American Health System induced peace time human tragedy is no less grievous or painful and no less in magnitude than any other devastating tragedies of the last hundred years. Knowing[4] that this colossal tragedy was avoidable and unnecessary and Americans' health odysseys and outcomes could have been far better all these years than anywhere else in the world would deeply gash any humane person's conscience. We should put an end to the deficiencies of the health system that brought this unnecessary colossal human tragedy and it is time to turn the corner by healing the past and look to the future with optimism and hope of realizing the full potential of epic health odysseys and outcomes.

'Redeem 50 Million' and 'Health Redemption Challenge' are two sides of the same coin and are the public facets of embarking on Epic Health[5] that can ensurably produce or prove *epic health odysseys and outcomes*. Where as EPIC HOPE is the ensurable hope of *epic health odysseys and outcomes*. Epic Health has been in a quite discovery, revelatory realizations and tectonic improvement inducing early developments for almost two decades[6] to truly and greatly transform the entire scientiae of health (not just medicine), health, healthcare delivery and the underlying structures that could be simply applied across the globe. Now it is entering its next phase to bring this respite and epic hope in health to this nation and the entire humanity.

It is an epic effort of transformation, reinvention and paradigm shift unlike history has ever seen in the field of medicine or in any health system across the globe. It should set an epic health trajectory never seen before not only for this nation's citizenry but for the entire humanity. In the process it should dramatically reduce the current endemic endogenous

---

[1] About a century ago the Armenian genocide had started, World War I was already in progress and these were later punctuated by many other massive human tragedies and genocides across the globe spanning the past 100 years that were inflicted by men while not discounting many natural disasters.

[2] The seeds of this self inflicted ailment of American Health System were sown many years before but became apparent with the medical malpractice crisis of circa 1970.

[3] As per our preliminary estimates the excess amount taken by American Health System compared to other much smaller nations is greater than the entire US national debt.

[4] After extensive research lasting more than 1½ decades it was concluded that both the grim tragedies of American Health System and the on going maladies that caused them were avoidable.

[5] EPIC Health is Epic Health (a truly epic health).

[6] The mathematical formulations for the approaches (the odyssey of arriving at the EPIC Health Solution) taken during this long and arduous discovery path are part of EPIC HOPE and Health Redemption Challenge.

**Kumar Tadi and DRCHAPS**
651 Mall Dr # 59598 Schaumburg IL 60159 USA

# EPIC HEALTH™

maladies[7] of the American Health System, set many new standards in multiple domains including healthcare and most importantly will make it a win-win prescription for all of its participants. This new trajectory could well last beyond a century and set the tone in upcoming decades for things to come in many domains of human knowledge and endeavors that impact human health. The goal is to bring that trajectory of epic change within a decade and most certainly before the end of year 2026. So much more needs to be done and could be done. Some of the significant tangible effects of this endeavor will be felt across this nation within a few years from now (year 2016.)

This epic endeavor is far more realistic and realizable, from what we know so far, than other great successful endeavors. If American men can dream about Panama Canal, transcontinental railroads, interstate expressways, landing man on the moon and safely bringing them back to the earth, from a simple transistor to building super computers and the internet[8] and realize them with their unbounded perseverance and ingenuity then this endeavor of enduring epic health odysseys and outcomes is not beyond the grasp of this nation in a decade.

This endeavor has vision, dedication and ability for the realization of this epic health trajectory and to make it endure for the benefit of the entire humanity. It would need *a few good men of values, wisdom, intelligence and knowledge* to become part of its Epic Health Leadership. Their collective leadership contribution quite possibly would have monumental positive impact on the health and well being of entire humanity and it could be felt for many generations to come. It could be the most extraordinary contribution of these men would have ever made to the humanity.

We are convinced that these men (that we seek who would become part of Epic Health Leadership) will have a rare opportunity in human history to individually and collectively transcend far above their already impressive achievements in the creation of this epic health trajectory that could benefit the entire humanity. It is their participation in this endeavor that will certainly immortalize their legacy for generations to come. Strangers from different parts of the globe and at different future times will wonder about these extraordinary men and their contributions to this endeavor and will be eternally grateful for what they did.

On behalf of fellow Americans, we request you to consider becoming part of this endeavor's Epic Health Leadership that can bring enduring epic hope for humanity in health.

Appreciatively,

## Kumar Tadi

[Mr. Kumār Tādi is the author of 'Consumer Health Guide: On Epic Health, Living and Healing', a consumer level guide for all participants - Consumers, Providers and Stakeholders and their respective communities of American and other health systems.]

**Copyright notice:** The above letter to potential EPIC Health Leadership is copyright protected by the author and DRCHAPS. © 2015 by Kumar Tadi and DRCHAPS. All rights are reserved. This and other letters and many other materials are part of already published and also part of upcoming books that are bringing out the history of creation of Epic Health and hence are prohibited from public sharing of it irrespective of any monetary benefit associated with it or not. This letter may be used by the recipients, their agents and those who are directly associated with Epic

---

[7] These are the some of the most obdurate, chronic and widespread systemic maladies persistent across the entire health system for decades and most of these are created by those at its helm.

[8] In fact epic health solution can even point the web into the right direction that can dramatically reduce many of its own maladies.

Case #: 1:19-cv-01589 *SEALED*

# EPIC HEALTH™

Health administration only for the intended purpose. Archiving, redistribution, or republication of this text on other terms, in any medium, requires the consent of its author and designated Epic Health entities.

[1] **Additional Information**: This special letter omits footnotes and references for the purpose of brevity. References are available in print ready **EPIC Health Series** books. See Consumer Health Guide: On Epic Health, Living and Healing for consumer level exposé and EPIC Universe Compendium for the STEM basis of EPIC Health - both books are by Kumar Tadi. These and many other upcoming books in EPIC Health Series and relevant consumer and professional level *lectures* can help deepen the appreciation for participation in **EPIC Health Leadership**.

Footnotes and other references have been omitted from this letter for the purpose of brevity but are included in the author's book, and other health redemption solutions. Interested reader should review articles on Facebook.com/HealthRedemptionChallenge and DRCHAPS.org (hosted by MEDIEXPR.com).

This is an invitation letter sent to a few select individuals both in USA and around the world who can potentially transform the health of humanity for many generations by their leadership through Epic Health Leadership.

\*\*\*

**Kumar Tadi and DRCHAPS**
651 Mall Dr # 59598 Schaumburg IL 60159 USA

Form **1040** — Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return**  2018  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

Filing status: [X] Single | Married filing jointly | Married filing separately | Head of household | Qualifying widow(er)

| Your first name and initial | Last name | | Your social security number |
|---|---|---|---|
| VANDANA | JHINGAN | | 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 |

Your standard deduction: [ ] Someone can claim you as a dependent  [ ] You were born before January 2, 1954  [ ] You are blind

| If joint return, spouse's first name and initial | Last name | | Spouse's social security number |
|---|---|---|---|

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent  [ ] Spouse was born before January 2, 1954  [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind  [ ] Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.
P O BOX 59598

**Presidential Election Campaign** (see inst.) [ ] You [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
Schaumburg   IL   60193

If more than four dependents, see inst. and [✔] here ►

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) [✔] if qualifies for (see inst.): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation  SERVICE | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's name  SOHAN P JOSHI | Preparer's signature  SOHAN P JOSHI | PTIN  P00818428 | Firm's EIN  36-4271681 | Check if: [ ] 3rd Party Designee |
|---|---|---|---|---|
| Firm's name ► MODERNACCOUNTING AND INS | | Phone no.  (773) 761-4357 | | [X] Self-employed |
| Firm's address ► 6357 N FAIRFIELD AVE, CHICAGO, IL 60659 | | | | |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   Form **1040** (2018)

HTA

**Illinois Department of Revenue**

| 154935 | – | 2019071 | – | sisorp6 |
|---|---|---|---|---|
| | | Submission ID | | |

# 2018 IL-8453 Illinois Individual Income Tax Electronic Filing Declaration

(**Do not mail** Form IL-8453 to the Illinois Department of Revenue unless it is requested for review.)

## Step 1: Provide taxpayer information

**Print or type**

| VANDANA | | JHINGAN | 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 |
|---|---|---|---|
| First name and middle initial | Spouse's first name (and last name if different) | Last name | Social Security number |

P O BOX 59598
Mailing address

Spouse's Social Security number

| Schaumburg | IL | 60193 | |
|---|---|---|---|
| City | State | ZIP | Daytime phone number |

## Step 2: Complete information from tax return

| | | |
|---|---|---|
| 1 | Net income from Form IL-1040, Line 11 | **1** 5,581 ┃ 00 |
| 2 | Tax from Form IL-1040, Line 12 | **2** 276 ┃ 00 |
| 3 | Illinois Income Tax withheld from Form IL-1040, Line 25 **only** (enter **"0"** if none) | **3** 579 ┃ 00 |
| 4 | Overpayment from Form IL-1040, Line 35 | **4** 396 ┃ 00 |
| 5 | Total amount due from Form IL-1040, Line 39 | **5** 0 ┃ 00 |
| 6 | Filing status:    X  Single/head of household  ___ Married filing jointly  ___ Married filing separately  ___ Widowed | |

## Step 3: Complete direct deposit of refund or electronic funds withdrawal information (Optional)

**To initiate a payment or refund transaction, the information in this Step must be included within the electronic transmission.** Illinois does not support international ACH transactions. IDOR will only perform direct transactions ( *e.g.*, debit, deposit) with financial institutions located within the United States or those not funded by international funds. Electronic payments will not be accepted and refunds will be via paper check.

| | | |
|---|---|---|
| 7 | Routing no. (RN): | |
| 8 | Account no. (AN): | |
| 9 | Type of account: _____ Checking _____ Savings | |
| 10 | Date the payment is to be electronically withdrawn: | |
| 11 | Electronic funds withdrawal amount: _____ 0 ┃ 00 | |
| 12 | Name on account: | |

## Step 4: Taxpayer declaration and signature (Sign only after completing Step 2 and, if applicable, Step 3.)

☐ I consent that my refund may be directly deposited as designated in Step 3 and declare the information on Lines 7 through 9 is correct. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

☐ I authorize the Illinois Department of Revenue (IDOR) and its designated financial agent to initiate an ACH electronic funds withdrawal as designated in the electronic portion of my 2018 Illinois Individual Income Tax return. I authorize the financial institutions involved in the processing of an electronic overpayment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

☒ I do not want direct deposit of my refund, or an electronic funds withdrawal (direct debit) of my balance due.

Under penalties of perjury, I declare the information on my electronic Form IL-1040 and the information I provided to my electronic return originator (ERO) are identical. To the best of my knowledge, my return is true, correct, and complete. I consent that my return, this declaration, and accompanying information may be sent to IDOR by my ERO. I authorize IDOR to inform my ERO and/or the transmitter when my return has been accepted or rejected. If rejected, I authorize IDOR to identify the reason(s) so the return may be corrected and retransmitted if possible.

**Sign here**

| | | | |
|---|---|---|---|
| Your signature | Date | Spouse's signature (if joint return, **both** must sign) | Date |

## Step 5: Electronic return originator (ERO) and paid preparer declaration and signature

I declare that I have examined this taxpayer's electronic Form IL-1040, the information on this Form IL-8453, and accompanying information. I have followed all requirements of this program and declare, under penalties of perjury, that to the best of my knowledge the taxpayer's return and accompanying information are true, correct, and complete.

**ERO use only**

| | | |
|---|---|---|
| SOHAN P JOSHI | 3/12/2019 | Check if paid preparer: ☒ (See instructions.) |
| ERO's signature | Date | |
| SOHAN P JOSHI | | P00818428 |
| Firm's name or your name if self-employed | | Your PTIN |
| 6357 N FAIRFIELD AVE | | 36-4271681 |
| Mailing address | | Federal employer identification number (FEIN) |
| CHICAGO | IL | 60659 | (773) 761-4357 |
| City | State | ZIP | Daytime phone number |

## Step 6: Attach required documents (e.g., W-2 forms, 1099 forms, IL-1310).

**Do not mail** Form IL-8453 and these documents unless requested for review.



IL-8453 (R-12/18)
ID: 2CL

Form 1040 (2018)  VANDANA JHINGAN  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  Page 2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | | 1 | 11,683 |
| | 2a | Tax-exempt interest | 2a | | b | Taxable interest | 2b | |
| | 3a | Qualified dividends | 3a | | b | Ordinary dividends | 3b | |
| | 4a | IRAs, pensions, and annuities | 4a | | b | Taxable amount | 4b | |
| | 5a | Social security benefits | 5a | | b | Taxable amount | 5b | 0 |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | | | -3,877 | 6 | 7,806 |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | | | | 7 | 7,806 |
| Standard Deduction for— | 8 | **Standard deduction or itemized deductions** (from Schedule A) | | | | | 8 | 12,000 |
| • Single or married filing separately, $12,000 | 9 | Qualified business income deduction (see instructions) | | | | | 9 | |
| • Married filing jointly or Qualifying widow(er), $24,000 | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | | | | 10 | 0 |
| | 11 | **a** Tax (see inst) _____ (check if any from:  1 ☐ Form(s) 8814  2 ☐ Form 4972  3 ☐ __ ) | | | | | | |
| • Head of household, $18,000 | | **b Add** any amount from Schedule 2 and check here ► ☐ | | | | | 11 | |
| • If you checked any box under Standard deduction, see instructions. | 12 | **a** Child tax credit/credit for other dependents _____ **b Add** any amount from Schedule 3 and check here ► ☐ | | | | | 12 | |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | | | | 13 | 0 |
| | 14 | Other taxes. Attach Schedule 4 | | | | | 14 | |
| | 15 | Total tax. Add lines 13 and 14 | | | | | 15 | 0 |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 | | | | | 16 | 198 |
| | 17 | Refundable credits:  **a** EIC (see inst.) ___519___  **b** Sch 8812 _____  **c** Form 8863 _____ | | | | | | |
| | | **Add** any amount from Schedule 5 | | | | | 17 | 519 |
| | 18 | Add lines 16 and 17. These are your **total payments** | | | | | 18 | 717 |
| **Refund** | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | | | | ► | 19 | 717 |
| | 20a | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | | | | | 20a | 717 |
| Direct deposit? See instructions. | ► **b** | Routing number  XXXXXXXXX | | ► **c** Type: ☐ Checking  ☐ Savings | | | | |
| | ► **d** | Account number  XXXXXXXXXXXXXXXX | | | | | | |
| | 21 | Amount of line 19 you want **applied to your 2019 estimated tax** ►  21 | | | | | | |
| **Amount You Owe** | 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ► | | | | | 22 | 0 |
| | 23 | Estimated tax penalty (see instructions) ►  23 | | | | | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2018)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Additional Income and Adjustments to Income

► Attach to Form 1040.

► Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

2018

Attachment
Sequence No. 01

Name(s) shown on Form 1040

VANDANA JHINGAN

Your social security number

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

| | | | | |
|---|---|---|---|---|
| **Additional Income** | 1–9b | Reserved | 1–9b | |
| | 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| | 11 | Alimony received | 11 | |
| | 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -3,877 |
| | 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| | 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| | 15a | Reserved | 15b | |
| | 16a | Reserved | 16b | |
| | 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| | 18 | Farm income or (loss). Attach Schedule F | 18 | |
| | 19 | Unemployment compensation | 19 | |
| | 20a | Reserved | 20b | |
| | 21 | Other income. List type and amount ► _____ | 21 | |
| | 22 | Combine the amounts in the far right column. If you don't have any adjustments to income, enter here and include on Form 1040, line 6. Otherwise, go to line 23 | 22 | -3,877 |

| | | | | |
|---|---|---|---|---|
| **Adjustments to Income** | 23 | Educator expenses | 23 | |
| | 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 24 | |
| | 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| | 26 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 26 | |
| | 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| | 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| | 29 | Self-employed health insurance deduction | 29 | |
| | 30 | Penalty on early withdrawal of savings | 30 | |
| | 31a | Alimony paid   b Recipient's SSN ► | 31a | |
| | 32 | IRA deduction | 32 | |
| | 33 | Student loan interest deduction | 33 | |
| | 34 | Reserved | 34 | |
| | 35 | Reserved | 35 | |
| | 36 | Add lines 23 through 35 | 36 | |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

HTA

Schedule 1 (Form 1040) 2018

**SCHEDULE 6**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Foreign Address and Third Party Designee

▶Attach to Form 1040.
▶ Go to *www.irs.gov/Form1040* for instructions and the latest information.

OMB No. 1545-0074

2018

Attachment
Sequence No. **05A**

| Name(s) shown on Form 1040 | Your social security number |
|---|---|
| VANDANA JHINGAN | 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 |

| **Foreign Address** | Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|---|

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)?   [X] **Yes.** Complete below. [ ] **No**

Designee's
name ▶  SOHAN JOSHI

Phone
no. ▶ (773) 761-4357

Personal identification number
(PIN)   ▶ 35168

**For Paperwork Reduction Act Notice, see your tax return instructions.**
HTA

**Schedule 6 (Form 1040) 2018**

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | | 20**18** Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| VANDANA JHINGAN | 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 |

| A | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|---|
| | SERVICE | ▶ 515000 |

| C | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN) (see instr.) |
|---|---|---|

**E** Business address (including suite or room no.) ▶

City, town or post office, state, and ZIP code

**F** Accounting method: **(1)** X Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on losses . . . . ▶ X Yes ☐ No

**H** If you started or acquired this business during 2018, check here . . . . . . . . . . . . . . . . . . . . . . ▶

**I** Did you make any payments in 2018 that would require you to file Form(s) 1099? (see instructions) . . . . . . . . ☐ Yes X No

**J** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes X No

### Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . . . . ▶ ☐ | 1 | 3,870 |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 3,870 |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . | 5 | 3,870 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 7 | 3,870 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . . | 9 | 7,747 | 19 | Pension and profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees . . | 10 | | a | Vehicles, machinery, and equipment . | 20a | |
| 11 | Contract labor (see instructions) | 11 | | b | Other business property . . . | 20b | |
| 12 | Depletion . . . . . . | 12 | | 21 | Repairs and maintenance . . | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19). . . | 14 | | a | Travel . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) . | 15 | | b | Deductible meals (see instructions) . . . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . . | 26 | |
| b | Other . . . . . . . | 16b | | 27a | Other expenses (from line 48) . | 27a | |
| 17 | Legal and professional services . | 17 | | b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . . . ▶ | 28 | 7,747 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . . . . . . . | 29 | -3,877 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. . . . . . . . . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Schedule 1 (Form 1040), line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | 31 | -3,877 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). • If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a X All investment is at risk. 32b ☐ Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**     Schedule C (Form 1040) 2018

HTA

Schedule C (Form 1040) 2018     VANDANA JHINGAN     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     Page **2**

**Part III**    **Cost of Goods Sold** (see instructions)

| | | |
|---|---|---|
| 33 | Method(s) used to value closing inventory:   **a** ☐ Cost    **b** ☐ Lower of cost or market    **c** ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation   **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . **40** | 0 |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . . **42** | 0 |

**Part IV**    **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year)   ▶   1/1/2018

44   Of the total number of miles you drove your vehicle during 2018, enter the number of miles you used your vehicle for:

**a**   Business   14,215   **b** Commuting (see instructions)   **c** Other

| | | | |
|---|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . | ☐ Yes | ☒ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . | ☒ Yes | ☐ No |
| 47a | Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . | ☒ Yes | ☐ No |
| **b** | If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ Yes | ☐ No |

**Part V**    **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| 48 | **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . **48** | 0 |

Form **8965**

Department of the Treasury
Internal Revenue Service

## Health Coverage Exemptions

▶ Attach to Form 1040.

▶ Go to *www.irs.gov/Form8965* for instructions and the latest information.

OMB No. 1545-0074

**2018**

Attachment
Sequence No. **75**

Name as shown on return

VANDANA JHINGAN

Your social security number

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

Complete this form if you have a Marketplace-granted coverage exemption or you are claiming a coverage exemption on your return.

**Part I** — Marketplace-Granted Coverage Exemptions for Individuals. If you and/or a member of your tax household have an exemption granted by the Marketplace, complete Part I.

| | (a) Name of Individual | (b) SSN | (c) Exemption Certificate Number |
|---|---|---|---|
| **1** | | | |
| **2** | | | |
| **3** | | | |
| **4** | | | |
| **5** | | | |
| **6** | | | |

**Part II** — Coverage Exemptions Claimed on Your Return for Your Household

**7** If you are claiming a coverage exemption because your household income or gross income is below the filing threshold, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

**Part III** — Coverage Exemptions Claimed on Your Return for Individuals. If you and/or a member of your tax household are claiming an exemption on your return, complete Part III.

| | (a) Name of Individual | (b) SSN | (c) Exemption Type | (d) Full Year | (e) Jan | (f) Feb | (g) Mar | (h) Apr | (i) May | (j) June | (k) July | (l) Aug | (m) Sept | (n) Oct | (o) Nov | (p) Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **8** | | | | | | | | | | | | | | | | |
| **9** | | | | | | | | | | | | | | | | |
| **10** | | | | | | | | | | | | | | | | |
| **11** | | | | | | | | | | | | | | | | |
| **12** | | | | | | | | | | | | | | | | |
| **13** | | | | | | | | | | | | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see your tax return instructions.

Form **8965** (2018)

HTA

Form **8867**

## Paid Preparer's Due Diligence Checklist

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC), Child Tax Credit (CTC) (including the Additional
Child Tax Credit (ACTC) and Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status

▶ To be completed by preparer and filed with Form 1040, 1040NR, 1040SS, or 1040PR.
▶ Go to www.irs.gov/Form8867 for instructions and the latest information.

OMB No. 1545-0074

**2018**

Department of the Treasury
Internal Revenue Service

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| VANDANA JHINGAN | 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 |

Enter preparer's name and PTIN

SOHAN P JOSHI                                    P00818428

| Part I | Due Diligence Requirements |
|---|---|

| | | EIC | CTC/ ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|---|
| Please check the appropriate box for the credit(s) and/or HOH filing status claimed on this return and complete the related Parts I–V for the benefit(s), and/or HOH filing status claimed (check all that apply). | | [X] | [ ] | [ ] | [ ] |

| 1 | Did you complete the return based on information for tax year 2018 provided by the taxpayer or reasonably obtained by you? . . . . . . . . . . . . . . . . | [X] Yes | [ ] No | |
|---|---|---|---|---|
| 2 | If credits are claimed on the return, did you complete the applicable EIC and/ or CTC/ACTC/ODC worksheets found in the Form 1040, 1040SS, 1040PR, or 1040NR instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? . . . . . . . | [X] Yes | [ ] No | [ ] N/A |
| 3 | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. <br> ● Interview the taxpayer, ask questions, and document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. <br> ● Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and the amount of any credit(s) claimed. | [X] Yes | [ ] No | |
| 4 | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes," answer questions 4a and 4b. If "No," go to question 5.) . . . . . . . . . . . . . . . . . . . | [ ] Yes | [X] No | |
| a | Did you make reasonable inquiries to determine the correct, complete, and consistent information? . . . . . . . . . . . . . . . . . . . . . . | [ ] Yes | [ ] No | |
| b | Did you document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) . . . . . . . . . . . . . . . . . . . . . . . . | [ ] Yes | [ ] No | |
| 5 | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to compute the amount of the credit(s) . . . . . . . . . . . . . . . . . . | [X] Yes | [ ] No | |
| | List those documents, if any, that you relied on. <br> DRIVING LICENCE | | | |
| 6 | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount of any credit(s) claimed on the return if his/her return is selected for audit? . . . . . . . . . . . . . . . . . . . . . . . . . . . | [X] Yes | [ ] No | |
| 7 | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? . . . . . . . . . . . . . . . . . . . . . . <br> (If credits were disallowed or reduced, go to question 7a; if not, go to question 8.) | [X] Yes | [ ] No | [ ] N/A |
| a | Did you complete the required recertification Form 8862? . . . . . . . | [ ] Yes | [ ] No | [ ] N/A |
| 8 | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Form 1040, Schedule C? . . . . . . | [X] Yes | [ ] No | [ ] N/A |

For Paperwork Reduction Act Notice, see separate instructions.                                    Form **8867** (2018)

HTA

Form 8867 (2018)  VANDANA JHINGAN                                    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   Page **2**

### Part II — Due Diligence Questions for Returns Claiming EIC (If the return does not claim EIC, go to Part III.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **9 a** Have you determined that this taxpayer is, in fact, eligible to claim the EIC for the number of children for whom the EIC is claimed, or to claim the EIC if the taxpayer has no qualifying child? (Skip 9b and 9c if the taxpayer is claiming the EIC and does not have a qualifying child.) | [X] Yes ☐ No | | | |
| **b** Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | ☐ Yes ☐ No | | | |
| **c** Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | ☐ Yes ☐ No  ☐ N/A | | | |

### Part III — Due Diligence Questions for Returns Claiming CTC/ACTC/ODC (If the return does not claim CTC, ACTC, or ODC, go to Part IV.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **10** Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | | ☐ Yes ☐ No | | |
| **11** Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the taxpayer has not lived with the child for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | | ☐ Yes ☐ No  ☐ N/A | | |
| **12** Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | | ☐ Yes ☐ No  ☐ N/A | | |

### Part IV — Due Diligence Questions for Returns Claiming AOTC (If the return does not claim AOTC, go to Part V.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **13** Did the taxpayer provide the required substantiation for the credit, including a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | | | ☐ Yes ☐ No | |

### Part V — Due Diligence Questions for Claiming HOH (If the return does not claim HOH filing status, go to Part VI.)

| | EIC | CTC/ACTC/ODC | AOTC | HOH |
|---|---|---|---|---|
| **14** Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | | | | ☐ Yes ☐ No |

### Part VI — Eligibility Certification

▶ **You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:**

A. Interview the taxpayer, ask adequate questions, document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to determine the amount of the credit(s) claimed;

B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

C. Submit Form 8867 in the manner required; **and**

D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention.*

   1. A copy of Form 8867;

   2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed;

   3. Copies of any documents provided by the taxpayer on which you relied to determine eligibility for the credit(s) and/or HOH filing status;

   4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained; and

   5. A record of any additional questions you may have asked to determine eligibility to claim the credit(s), and/or HOH filing status and the amount(s) of any credit(s) claimed and the taxpayer's answers.

▶ **If you have not complied with all due diligence requirements, you may have to pay a $520 penalty for each failure to comply related to a claim of an applicable credit or HOH filing status.**

| | | |
|---|---|---|
| **15** Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | [X] Yes | ☐ No |

Form **8867** (2018)

Illinois Department of Revenue

# 2018 Form IL-1040

**Individual Income Tax Return**     or for fiscal year ending _____

*Over 80% of taxpayers file electronically. It is easy and you will get your refund faster. Visit tax.illinois.gov.*

## Step 1: Personal Information

**A** Enter personal information and Social Security numbers. You must provide the entire Social Security number for you and your spouse. Do not provide a partial Social Security number.

| | | |
|---|---|---|
| VANDANA | JHINGAN | 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 |
| Your first name and initial | Your last name | Your Social Security number |

| | | |
|---|---|---|
| | | |
| Spouse's first name and initial | Spouse's last name | Spouse's Social Security number |

| | | |
|---|---|---|
| P O BOX 59598 | | |
| Mailing address (See instructions if foreign address) | Apartment number | |
| Schaumburg | IL | 60193 |
| City | State | ZIP or Postal Code |

Foreign Nation, if not United States (do not abbreviate)

**B** Filing status: [X] Single or head of household    [ ] Married filing jointly    [ ] Married filing separately    [ ] Widowed

**C** **Check** if someone can claim you, or your spouse if filing jointly, as a dependent. See instructions.    [ ] You    [ ] Spouse

**D** **Check** the box if this applies to you during 2018:    [ ] Nonresident - **Attach** Sch. NR    [ ] Part-year resident - **Attach** Sch. NR

## Step 2: Income

(Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your federal Form 1040, Line 7. | 1 | 7,806.00 |
| 2 | Federally tax-exempt interest and dividend income from your federal Form 1040, Line 2a. | 2 | 0.00 |
| 3 | Other additions. **Attach** Schedule M. | 3 | 0.00 |
| 4 | **Total income.** Add Lines 1 through 3. | 4 | 7,806.00 |

## Step 3: Base Income

| | | | |
|---|---|---|---|
| 5 | Social Security benefits and certain retirement plan income received if included in Line 1. **Attach** Page 2 of federal return. | 5 | 0.00 | |
| 6 | Illinois Income Tax overpayment included in federal Form 1040, Schedule 1, Ln 10. | 6 | 0.00 | |
| 7 | Other subtractions. **Attach** Schedule M. | 7 | 0.00 | |

Check if Line 7 includes any amount from Schedule 1299-C. [ ]

| | | | |
|---|---|---|---|
| 8 | Add Lines 5, 6, and 7. This is the total of your subtractions. | 8 | 0.00 |
| 9 | **Illinois base income.** Subtract Line 8 from Line 4. | 9 | 7,806.00 |

## Step 4: Exemptions

| | | | |
|---|---|---|---|
| 10 a | Enter the exemption amount for yourself and your spouse. **See instructions.** | a | 2,225.00 |
| b | Check if 65 or older: [ ] You + [ ] Spouse    0 # of checkboxes X $1,000 = b | | 0.00 |
| c | Check if legally blind: [ ] You + [ ] Spouse    0 # of checkboxes X $1,000 = c | | 0.00 |
| d | If you are claiming dependents, enter the amount from Schedule IL-E/EIC, Step 2, Line 1. **Attach** Schedule IL-E/EIC. | d | 0.00 |
| | **Exemption allowance.** Add Lines a through d. | 10 | 2,225.00 |

## Step 5: Net Income and Tax

| | | | |
|---|---|---|---|
| 11 | *Residents:* **Net income.** Subtract Line 10 from Line 9. *Nonresidents and part-year residents:* Enter the **Illinois net income** from Schedule NR. **Attach** Schedule NR. | 11 | 5,581.00 |
| 12 | *Residents:* Multiply Line 11 by 4.95% (.0495). Cannot be less than zero. *Nonresidents and part-year residents:* Enter the tax from Schedule NR. | 12 | 276.00 |
| 13 | Recapture of investment tax credits. **Attach** Schedule 4255. | 13 | 0.00 |
| 14 | **Income tax.** Add Lines 12 and 13. Cannot be less than zero. | 14 | 276.00 |

## Step 6: Tax After Nonrefundable Credits

| | | | |
|---|---|---|---|
| 15 | Income tax paid to another state while an Illinois resident. **Attach** Schedule CR. | 15 | 0.00 | |
| 16 | Property tax and K-12 education expense credit amount from Schedule ICR. **Attach** Schedule ICR. | 16 | 0.00 | |
| 17 | Credit amount from Schedule 1299-C. **Attach** Schedule 1299-C. | 17 | 0.00 | |
| 18 | Add Lines 15, 16, and 17. This is the total of your credits. Cannot exceed the tax amount on Line 14. | 18 | 0.00 |
| 19 | **Tax after nonrefundable credits.** Subtract Line 18 from Line 14. | 19 | 276.00 |

## Step 7: Other Taxes

| | | | |
|---|---|---|---|
| 20 | Household employment tax. See instructions. | 20 | |
| 21 | Use tax on internet, mail order, or other out-of-state purchases from UT Worksheet or UT Table in the instructions. **Do not** leave blank. | 21 | 0.00 |
| 22 | Compassionate Use of Medical Cannabis Pilot Program Act Surcharge. | 22 | 0.00 |
| 23 | **Total Tax.** Add Lines 19, 20, 21, and 22. | 23 | 276.00 |

IL-1040 Front (R-12/18)
ID: 2CL

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

*Left margin (vertical text):* Staple W-2 and 1099 forms here    Staple your check and IL-1040-V



VANDANA JHINGAN     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

| | | | |
|---|---|---|---|
| 24 | Total tax from Page 1, Line 23. | 24 | 276.00 |

**Step 8: Payments and Refundable Credit**

| | | | |
|---|---|---|---|
| 25 | Illinois Income Tax withheld. **Attach** Schedule IL-WIT. | 25 | 579.00 |
| 26 | Estimated payments from Forms IL-1040-ES and IL-505-I, including any overpayment applied from a prior year return. | 26 | 0.00 |
| 27 | Pass-through withholding. **Attach** Schedule K-1-P or K-1-T. | 27 | 0.00 |
| 28 | Earned Income Credit from Schedule IL-E/EIC, Step 4, Line 8. **Attach** Schedule IL-E/EIC. | 28 | 93.00 |
| 29 | **Total payments and refundable credit.** Add Lines 25 through 28. | 29 | 672.00 |

**Step 9: Total**

| | | | |
|---|---|---|---|
| 30 | If Line 29 is greater than Line 24, subtract Line 24 from Line 29. | 30 | 396.00 |
| 31 | If Line 24 is greater than Line 29, subtract Line 29 from Line 24. | 31 | 0.00 |

**Step 10: Underpayment of Estimated Tax Penalty and Donations - Only complete Step 10 for late-payment penalty for underpayment of estimated tax or to make a voluntary charitable donation.**

| | | | |
|---|---|---|---|
| 32 | Late-payment penalty for underpayment of estimated tax. | 32 | 0.00 |

    **a** ☐ Check if at least two-thirds of your federal gross income is from farming.

    **b** ☐ Check if you or your spouse are 65 or older and permanently living in a nursing home.

    **c** ☐ Check if your income was not received evenly during the year and you annualized your income on Form IL-2210. **Attach** Form IL-2210.

    **d** ☐ Check if you were not required to file an Illinois Individual Income Tax return in the previous tax year.

| | | | |
|---|---|---|---|
| 33 | Voluntary charitable donations. **Attach** Schedule G. | 33 | 0.00 |
| 34 | **Total penalty and donations.** Add Lines 32 and 33. | 34 | 0.00 |

**Step 11: Refund**

| | | | |
|---|---|---|---|
| 35 | If you have an amount on Line 30 and this amount is greater than Line 34, subtract Line 34 from Line 30. This is your **overpayment.** | 35 | 396.00 |
| 36 | Amount from Line 35 you want **refunded to you.** Check **one** box on Line 37. See instructions. | 36 | 396.00 |
| 37 | I choose to receive my refund by | | |

    **a** ☐ **direct deposit** - Complete the information below if you check this box.

       Routing number [ ]    ☐ Checking or   ☐ Savings

       Account number [ ]

    **b** ☐ Illinois Individual Income Tax refund debit card.

    **c** ☒ paper check.

| | | | |
|---|---|---|---|
| 38 | Amount to be **credited forward.** Subtract Line 36 from Line 35. See instructions. | 38 | 0.00 |

**Step 12: Amount You Owe**

| | | | |
|---|---|---|---|
| 39 | If you have an amount on Line 31, add Lines 31 and 34. **- or -** If you have an amount on Line 30 and this amount is less than Line 34, subtract Line 30 from Line 34. This is the **amount you owe.** See instructions. | 39 | 0.00 |

**Step 13:** If this is a joint return, both you and your spouse must sign below. Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | Your signature | Date (mm/dd/yyyy) | Spouse's signature | Date (mm/dd/yyyy) | Daytime phone number |
|---|---|---|---|---|---|
| | SOHAN P JOSHI | | SOHAN P JOSHI | 03/12/2019 | ☒ Check if P00818428 self-employed Paid Preparer's PTIN |
| **Paid Preparer Use Only** | Print/Type paid preparer's name | | Paid preparer's signature | Date (mm/dd/yyyy) | |
| | Firm's name ▶ MODERNACCOUNTING AND INS | | | Firm's FEIN ▶ 36-4271681 | |
| | Firm's address ▶ 6357 N FAIRFIELD AVE, CHICAGO, IL 60659 | | | Firm's phone ▶ (773) 761-4357 | |
| **Third Party Designee** | SOHAN JOSHI | | (773) 761-4357 | | ☒ Check if the Department may discuss this return with the third party designee shown in this step. |
| | Designee's name (please print) | | Designee's phone number | | |

     ☒   **If no payment enclosed, mail to:** ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD IL 62719-0001     ☒   **If payment enclosed, mail to:** ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD IL 62726-0001

IL-1040 Back (R-12/18)     DR _____ AP _____    RR   DC   IR    ID

ID: 2CL

**Illinois Department of Revenue**

# Schedule IL-WIT

**Illinois Income Tax Withheld**

12 / 2018
**Tax year ending**

Attach to your Form IL-1040. If you have more than five withholding forms, complete multiple copies of this schedule.

IL Attachment No. 31

Use the reference for Column A shown in the chart below.

| Form Type | Letter Code for Column A | Form Type | Letter Code for Column A |
|---|---|---|---|
| W-2 | W | 1099-DIV | D |
| W-2G | WG | 1099-INT | I |
| 1099-R | R | 1042-S | S |
| 1099-G | G | 1099-B | B |
| 1099-MISC | M | 1099-K | K |
| 1099-OID | O | | |

## Step 1: Provide your withholding records (includes all W-2 and 1099 forms)

VANDANA JHINGAN
Your name as shown on Form IL-1040

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
Your Social Security number

| | Column A Form type | Column B Employer/Payer Identification Number | Column C Federal Wages, Winnings, Gross Distributions, Compensation, etc. | Column D Illinois Wages, Winnings, Gross Distributions, Compensation, etc. | Column E Illinois Income Tax Withheld |
|---|---|---|---|---|---|
| 1 | W | | $ 860 .00 | $ 860 .00 | $ 43 .00 |
| 2 | W | | $ 10,823 .00 | $ 10,823 .00 | $ 536 .00 |
| 3 | | | $ .00 | $ .00 | $ .00 |
| 4 | | | $ .00 | $ .00 | $ .00 |
| 5 | | | $ .00 | $ .00 | $ .00 |

## Step 2: Provide spouse's withholding records (includes all W-2 and 1099 forms)

Your spouse's name as shown on Form IL-1040

Your spouse's Social Security number

| | Column A Form type | Column B Employer/Payer Identification Number | Column C Federal Wages, Winnings, Gross Distributions, Compensation, etc. | Column D Illinois Wages, Winnings, Gross Distributions, Compensation, etc. | Column E Illinois Income Tax Withheld |
|---|---|---|---|---|---|
| 6 | | | $ .00 | $ .00 | $ .00 |
| 7 | | | $ .00 | $ .00 | $ .00 |
| 8 | | | $ .00 | $ .00 | $ .00 |
| 9 | | | $ .00 | $ .00 | $ .00 |
| 10 | | | $ .00 | $ .00 | $ .00 |

## Step 3: Total Illinois withholding

11   Add the amounts in Column E for Lines 1 through 10 (and the amounts from Column E of any
additional copies you attached). This is the total amount of your Illinois income tax withheld.
Enter this amount here and on Form IL-1040, Line 25.

11 $ 579 .00

→ **Attach all Schedules IL-WIT to your IL-1040.** ←

IL-1040 Schedule IL-WIT Front (N-12/18)
ID: 2CL





This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.

Illinois Department of Revenue

# 2018 Schedule ICR  Illinois Credits

Attach to your Form IL-1040

IL Attachment No. 23

## Read this information first

Complete this schedule only if you are eligible for the
- **Illinois Property Tax Credit**
- **K-12 Education Expense Credit**

- You must complete Form IL-1040 through Line 14 and Schedule CR, if applicable, before completing this schedule.
- The total amount of Illinois Property Tax Credit and K-12 Education Expense Credit cannot exceed tax.

## Step 1: Provide the following information

VANDANA JHINGAN
Your name as shown on your Form IL-1040

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
Your Social Security number

## Step 2: Figure your nonrefundable credit

| | | | |
|---|---|---|---|
| 1 | Enter the amount of tax from your Form IL-1040, Line 14. | **1** | 276 .00 |
| 2 | Enter the amount of credit for tax paid to other states from your Form IL-1040, Line 15. | **2** | 0 .00 |
| 3 | Subtract Line 2 from Line 1. | **3** | 276 .00 |

### Section A - Illinois Property Tax Credit (See instructions for directions on how to obtain your property number)

**4 a** Enter the total amount of Illinois Property Tax paid during the tax year for the real estate that includes your principal residence.    **4a** ____ 0 .00

**b** Enter the county and property number for the property listed above.

**4b** _____  _____
County          Property number

**c** Enter the county and property number for an adjoining lot, if included in Line 4a.

**4c** _____  _____
County          Property number

**d** Enter the county and property number for another adjoining lot, if included in Line 4a.

**4d** _____  _____
County          Property number

**e** Enter the portion of your tax bill that is deductible as a business expense on U.S. income tax forms or schedules, even if you did not take the federal deduction.    **4e** ____ 0 .00

**f** Subtract Line 4e from Line 4a.    **4f** ____ 0 .00

**g** Multiply Line 4f by 5% (.05).    **4g** ____ 0 .00

**5** Compare Lines 3 and 4g, and enter the lesser amount here.    **5** ____ 0 .00

**6** Subtract Line 5 from Line 3.    **6** 276 .00

### Section B - K-12 Education Expense Credit

*Note* You must complete the **K-12 Education Expense Credit Worksheet** on the back of this schedule and **attach** any receipt(s) you received from your student's school to claim an education expense credit.

**7 a** Enter the total amount of K-12 education expenses from Line 11 of the worksheet on the back of this schedule.    **7a** ____ 0 .00

**b** You may not take a credit for the first $250 paid.    **7b** ____ 250.00

**c** Subtract Line 7b from Line 7a. If the result is negative, enter "zero."    **7c** ____ 0 .00

**d** Multiply Line 7c by 25% (.25). Compare the result and $750, and enter the lesser amount here.    **7d** ____ 0 .00

**8** Compare Lines 6 and 7d, and enter the lesser amount here.    **8** ____ 0 .00

### Section C - Total Nonrefundable Credit

**9** Add Lines 5 and 8. This is your nonrefundable credit amount. Enter this amount on Form IL-1040, Line 16.    ➡ **9** ____ 0 .00

IL-1040 Schedule ICR Front (R-12/18)
ID: 2CL

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty.



VANDANA JHINGAN

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

# K-12 Education Expense Credit Worksheet

**Note** You must complete this worksheet and attach any receipt(s) you received from your student's school to claim an education expense credit.

**10** Complete the following information for each of your qualifying students. If a student attended more than one qualifying school during the calendar year, please list separately. If you need more space, attach a separate piece of paper following this format.

| A Student's name | B Social Security number | C Grade (K-12 only) | D School name (IL K-12 schools only or enter "home school," if applicable) | E School city (IL cities only) | F School type (check only one) P = Public N = Non-public H = Home school | G Total tuition, book/lab fees |
|---|---|---|---|---|---|---|
| a | | | | | ☐ P ☐ N ☐ H | |
| b | | | | | ☐ P ☐ N ☐ H | |
| c | | | | | ☐ P ☐ N ☐ H | |
| d | | | | | ☐ P ☐ N ☐ H | |
| e | | | | | ☐ P ☐ N ☐ H | |
| f | | | | | ☐ P ☐ N ☐ H | |
| g | | | | | ☐ P ☐ N ☐ H | |
| h | | | | | ☐ P ☐ N ☐ H | |
| i | | | | | ☐ P ☐ N ☐ H | |
| j | | | | | ☐ P ☐ N ☐ H | |

**11** Add the amounts in Column G for Lines 10a through 10j (and the amounts from Column G of any additional pages you attached). This is the total amount of your qualified **education expenses** for this year. Enter this amount here and on Step 2, Line 7a of this schedule. ▲ **11** _____ 0 .00

IL-1040 Schedule ICR Back (R-12/18)
ID: 2CL

*Warning: Intentionally submitting false information is a crime under Section 1301 of the Illinois Income Tax Act*



Illinois Department of Revenue

# 2018 Schedule IL-E/EIC   Illinois Exemption and Earned Income Credit

Attach to your Form IL-1040

IL Attachment No. 30

## Read this information first

Complete this schedule only if you are claiming dependents or are eligible for the Illinois Earned Income Credit. If you fraudulently claim the Earned Income Credit, you may not be allowed to claim the credit for up to ten years. You also may have to pay penalties.

You must have claimed the federal Earned Income Credit in order to claim the Illinois Earned Income Credit. The total amount of Illinois Earned Income Credit may exceed the amount of tax.

Note If claiming the Illinois Earned Income Credit, you must attach a copy of pages 1 and 2 of your federal Form 1040 to this schedule.

## Step 1: Provide the following information

VANDANA JHINGAN

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

Your name as shown on your Form IL-1040

Your Social Security number

## Illinois Dependent Exemption Allowance
### Step 2: Dependent information

Complete the table for each person you are claiming as a dependent. Report any additional dependents in Table A on the back of this schedule.

| Dependent's first name | Dependent's last name | Social Security number | Dependent's relationship to you | Dependent's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you | Eligible for Earned Income Credit |
|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | | ☐ |
| | | | | | ☐ | ☐ | | ☐ |
| | | | | | ☐ | ☐ | | ☐ |

1   Multiply the total number of dependents being claimed here and on Table A by $2,225. Enter the result here and on Form IL-1040, Line 10d.    0 X $ 2,225    **1**    0 .00

## Illinois Earned Income Credit

Complete this section **only** if you qualify for the Illinois Earned Income Credit. Attach a copy of federal Form 1040, Pages 1 and 2.

Note If you are not claiming a qualifying child, do not complete the table below.

## Step 3: Qualifying Child Information

Complete the table for qualifying children that are **not** included in Step 2. Report any additional qualifying children in Table B on the back of this schedule.

| Child's first name | Child's last name | Social Security number | Child's relationship to you | Child's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you |
|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |

1   Enter your wages, salaries and tips from your federal Form 1040, Line 1.    **1**    11,683 .00

2   Enter your business income or (loss) from your federal Form 1040, Schedule 1, Line 12. **If you report an amount on Line 2, you must answer the question in Line 2a below.**    **2**    -3,877 .00

2a   Does your occupation require a city, state, or county issued professional license, registration, or certification?    **2a**   Yes ☐   No ☒

2b   If you answered "**Yes**" to Line 2a, you must enter the name of the issuing agency and your license, registration, or certification number. Report additional licenses, registrations, or certifications in Table C on the back of this schedule.

2b _____

(Name of issuing agency)      (License, registration, or certification number)

This form is authorized as outlined under the Illinois Income Tax Act. Disclosure of this information is required. Failure to provide information could result in a penalty

**3** If you are filing your 2018 federal return as married filing jointly but are filing your 2018 Illinois return as married filing separately, enter your federal adjusted gross income (AGI) from your married filing jointly federal Form 1040, Line 7.

**3** _____ 0 .00

**3a** If you entered an amount on Line 3, enter your spouse's Social Security number from your married filing jointly federal return.

**3a** _____

**4** Is the statutory employee box marked on your W-2, Wage and Tax Statement, Box 13?

**4** Yes ☐ No ☒

## Step 4: Figure your Illinois Earned Income Credit

**5** Enter the amount of federal Earned Income Credit from your federal Form 1040, Line 17a.

**5** _____ 519 .00

**6** Multiply the amount on Line 5 by 18% (.18).

**6** _____ 93 .00

**7** **Illinois residents:** Enter 1.0.
**Nonresidents and part-year residents:** Enter the decimal from Schedule NR, Line 48.

**7** _____ 1.000

**8** Multiply Line 6 by the decimal on Line 7. This is your Illinois Earned Income Credit.
Enter this amount here and on your Form IL-1040, Line 28.

➡ **8** _____ 93 .00

*Remember: Intentionally submitting false information is a crime under Section 1301 of the Illinois Income Tax Act*

## Schedule IL-E/EIC Table A - Additional Dependent Information
Complete this table to report additional dependents from Step 2.

| Dependent's first name | Dependent's last name | Social Security number | Dependent's relationship to you | Dependent's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you | Eligible for Earned Income Credit |
|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | | ☐ |
| | | | | | ☐ | ☐ | | ☐ |
| | | | | | ☐ | ☐ | | ☐ |
| | | | | | ☐ | ☐ | | ☐ |
| | | | | | ☐ | ☐ | | ☐ |

## Schedule IL-E/EIC Table B - Additional Qualifying Children Information
Complete this table to report additional qualifying children from Step 3.

| Child's first name | Child's last name | Social Security number | Child's relationship to you | Child's date of birth (mm/dd/yyyy) | Full time student | Person with disability | Number of months living with you |
|---|---|---|---|---|---|---|---|
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |
| | | | | | ☐ | ☐ | |

## Schedule IL-E/EIC Table C - Additional Licenses, Registrations, or Certifications
Complete this table to report additional information from Step 3, Line 2b.

| Issuing Agency | License, Registration, or Certification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |

